**Exhibit C**

**Schedule of Bank Accounts**

| Bank | Last Four Digits of Account Number | Account Type |
|---|---|---|
| Bank of America, N.A. | x1998 | Operating Account |
| East West Bank | x8218 | Operating Account |
| Bank of America, N.A. | x2586 | Receivables Account |
| Bank of America, N.A. | x2599 | Inactive Account |