**Exhibit D**

**Cash Management Schematic**

**CASH MANAGEMENT OVERVIEW**
**FLOW CHART**



---

**Legend:**

- Vi-Jon Bank Accounts
- Non Vi-Jon Bank Accounts
- Funding Sources
- → Normal Course Cash Movement

---

**Vi-Jon Sales Receipts (Joint Customers)**

**Vi-Jon Sales Receipts (Direct Pay)**

**Amended Keepwell Agreement**

**Vivos Bank Accounts**

**Intercompany Reconciliation**

**Vi-Jon BoA x2586** *Receivables Account*

**Vi-Jon BoA x1998** *Operating Account*

**Vi-Jon East West x8218** *Operating Account*

**Vi-Jon BoA x2599** *Inactive Account*

**Vi-Jon Disbursements (Shared Services)**

**Vi-Jon Disbursements (Other)**



1