## Exhibit E

## Budget

| | Petition | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Forecast | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Number | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | |
| Week Ending | | Aug-07 | Aug-14 | Aug-21 | Aug-28 | Sep-04 | Sep-11 | Sep-18 | Sep-25 | Oct-02 | Oct-09 | Oct-16 | Oct-23 | Oct-30 | 8/1 - 10/30 | 8/1 - 11/20 |
| Act / Fcast | | Fcast | Fcast | Fcast | Fcast | Fcast | Fcast | Fcast | Fcast | Fcast | Fcast | Fcast | Fcast | Fcast | Wks. 1 - 13 | Wks. 1 - 16 |
| **I. Operating Cash Flow** | | | | | | | | | | | | | | | | |
| 1.) Sales Receipts (Received at Vivos) | | 474 | 513 | 352 | 514 | 471 | 493 | 323 | 229 | 583 | 792 | 162 | 162 | 162 | 5,232 | 6,696 |
| 2.) Sales Receipts (Received at Vi-Jon) | | 15 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 15 | 15 | 15 | 15 | 225 | 278 |
| 3.) **Total Receipts** | | **489** | **532** | **371** | **532** | **489** | **512** | **342** | **247** | **602** | **807** | **177** | **177** | **177** | **5,457** | **6,973** |
| 4.) Operating Disbursements | | 474 | 372 | 279 | 623 | 351 | 495 | 218 | 218 | 764 | 698 | (356) | 392 | 254 | 4,784 | 6,470 |
| 5.) **Operating Cash Flow** | | **15** | **160** | **92** | **(91)** | **138** | **18** | **124** | **29** | **(163)** | **110** | **533** | **(215)** | **(77)** | **672** | **503** |
| **II. Non-Operating Disbursements** | | | | | | | | | | | | | | | | |
| 6.) Professional Fees | | 3,704 | 704 | 654 | 679 | 604 | 670 | 454 | 489 | 359 | 242 | 134 | 184 | 124 | 8,999 | 17,008 |
| 7.) Talc Personal Injury Trust Cash Funding | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 25,000 |
| 8.) **Total Non-Operating Disbursements** | | **3,704** | **704** | **654** | **679** | **604** | **670** | **454** | **489** | **359** | **242** | **134** | **184** | **124** | **8,999** | **42,008** |
| 9.) **Net Cash Flow** | | **(3,689)** | **(544)** | **(562)** | **(769)** | **(466)** | **(652)** | **(330)** | **(459)** | **(521)** | **(133)** | **399** | **(399)** | **(201)** | **(8,326)** | **(41,505)** |
| **III. Liquidity** | | | | | | | | | | | | | | | | |
| 10.) **Beginning Cash Balance** | | 1,643 | 6,054 | 5,510 | 4,948 | 4,179 | 3,713 | 3,061 | 2,731 | 2,272 | 1,750 | 1,617 | 2,017 | 1,618 | 1,643 | 1,643 |
| 11.) (+/-) Net Cash Flow | | (3,689) | (544) | (562) | (769) | (466) | (652) | (330) | (459) | (521) | (133) | 399 | (399) | (201) | (8,326) | (41,505) |
| 12.) (+) Keepwell Draws | | 8,100 | - | - | - | - | - | - | - | - | - | - | - | - | 8,100 | 8,100 |
| 13.) (+) Plan Contribution Funding | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 32,000 |
| 14.) **Ending Cash Balance** | | **6,054** | **5,510** | **4,948** | **4,179** | **3,713** | **3,061** | **2,731** | **2,272** | **1,750** | **1,617** | **2,017** | **1,618** | **1,417** | **1,417** | **238** |