**<u>Exhibit A</u>**

**Corporate Organizational Chart**

Current Corporate Organizational Chart[1]



*Unless otherwise noted, all ownership percentages are 100%.

---

[1] Following the 2023 Restructuring Transaction, there were further changes to the Debtor's organizational chart related to Vivos' acquisition of Nice-Pak in August 2025.