**Exhibit B**

**2023 Restructuring Transaction Organizational Charts**

2023 Restructuring Transaction:

