**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| VI-JON, LLC,[1] | Case No. 26-11216 (MFW) |
| Debtor. | |

**NOTICE OF FILING OF REDACTED CREDITOR MATRIX**

PLEASE TAKE NOTICE that, pursuant to Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor and debtor in possession have today filed the redacted version of the Creditor Matrix[2] attached hereto as **Exhibit A** with the United States Bankruptcy Court for the District of Delaware (the "Court").

Dated: August 7, 2026
Wilmington, Delaware

*/s/ Jason S. Levin*

| | |
|---|---|
| **MORRIS JAMES LLP** | **SIDLEY AUSTIN LLP** |
| Eric J. Monzo (DE Bar No. 5214) | Thomas R. Califano (admitted *pro hac vice*) |
| Jason S. Levin (DE Bar No. 6434) | William E. Curtin (admitted *pro hac vice*) |
| Samantha L. Rodriguez (DE Bar No. 7524) | Anne G. Wallice (admitted *pro hac vice*) |
| 3205 Avenue North Boulevard, Suite 100 | 787 Seventh Avenue |
| Wilmington, Delaware 19803 | New York, New York 10019 |
| Telephone: (302) 888-6800 | Telephone: (212) 839-5300 |
| Facsimile: (302) 571-1750 | Facsimile: (212) 839-5599 |
| E-mail: emonzo@morrisjames.com | Email: tom.califano@sidley.com |
| jlevin@morrisjames.com | wcurtin@sidley.com |
| srodriguez@morrisjames.com | anne.wallice@sidley.com |
| *Proposed Co-Counsel to the Debtor and Debtor in Possession* | *Proposed Co-Counsel to the Debtor and Debtor in Possession* |

---

[1] The Debtor in this chapter 11 case is Vi-Jon, LLC. The last four digits of the Debtor's federal tax identification number are 8002. The Debtor's service address is 8800 Page Ave., St. Louis, MO 63114.

[2] On August 5, 2026, the Court entered the *Interim Order (I) Authorizing the Debtor to (A) Redact Certain Personally Identifiable Information From the Creditor Matrix and Other Documents, (B) List Addresses of Represented Litigation Claimants' Counsel in the Creditor Matrix and Other Filings in Lieu of Represented Litigation Claimants' Addresses and Serve Represented Litigation Claimants at Such Addresses And (c) List the Twenty Law Firms Representing the Largest Number of Represented Litigation Claimants Instead of the Twenty Largest Unsecured Creditors, (II) Approving Notice of Commencement Procedures, and (III) Granting Related Relief* [Docket No. 58].