# EXHIBIT A

Redacted Creditor Matrix

99 Cell LLC
2 Mattimore St
Passaic, NJ 07055

Abigail Phillips Taylor Phillips
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Abilac Muro Angelica
Muro De La Torre
c/o Meirowitz Wasserberg, LLP
95 3rd St, 2nd Fl
San Francisco, CA 94103

Ace Hardware Corp
2915 Jorie Blvd
Oak Brook, IL 60523

Acosta Military Sales LLC
6651 Gate Pkwy
Jacksonville, FL 32256

Admiral Ins Co
232 Strawbridge Dr, Ste 300
Moorestown, NJ 08057

Adrian N Baker Co
Attn Steven J Gissy, CIC
8301 Maryland Ave
Clayton, MO 63105

Advanced Marketing Sales
Attn Rich Kerzner
7602 N 13th Ave
Phoenix, AZ 85021

Ag Risk Mgmt
Attn Kelly Skinner
1880 JFK Blvd, Ste 801
Philadelphia, PA 19103

Ag Risk Mgmt
Attn Kelly Skinner
110 E 153rd St
Bronx, NY 10451

Agency 540
Attn Dean Gatzmer
15940 Pierce St NE
Ham Lake, MN 55304-7904

AGL
535 Madison Ave, 24th Fl
New York, NY 10022

Ahold-C S
1385 Hancock St
Quincy, MA 02169

Aksia
599 Lexington Ave, 37th Fl
New York, NY 10022

Alabama Dept of Revenue
Legal Div-Bankruptcy
P.O. Box 320001
Montgomery, AL 36132-0001

Albertsons
250 E Parkcenter Blvd
Boise, ID 83706

Albertsons-C S
250 Parkcenter Blvd
Boise, ID 83706

Aldi, Inc
1200 N Kirk Rd
Batavia, IL 60510

Aleathea Murray
Address Redacted

Alehta Harwood
c/o Maune Raichle Hartley French Mudd, LLC
1015 Locust St, Ste 1200
St Louis, MO 63101

Alex Najoan Poppy Najoan
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

Alexis Beck, Indiv As Spec Admin Of
The Estate of David L Shelton, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Alfred Richard Sutton Jr
c/o Landry Swarr, LLC
1100 Poydras St, Ste 2000
New Orleans, LA 70163

Alice Clark
Address Redacted

Alice Marie Bryant Arnold Bryant
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

Allianz Resolution Mgmt
Attn Shaun McKernan
P.O. Box 750039
Petaluma, CA 94954

Allstate
Attn Laurie Lowe
3075 Sanders Rd - H1 W
Northbrook, IL 60062

Alyssa Perkins, As Exec of The Estate Of
Keith M Johnson, Alyssa Perkins, Indiv
c/o Weitz Luxenberg, PC
700 Broadway
New York, NY 10003

Amanda Brzuszkiewicz
Mark Brzuszkiewicz
c/o Meirowitz Wasserberg, LLP
55 W Monroe St, Ste 3600
Chicago, IL 60603

Amanda Marcoux, Indiv As Spec Admin Of
The Estate of John C Frost, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Amanda Martin, Individually
obo Em Mm, Both Minor Children
c/o Zinns Law, LLC
4243 Dunwoody Club Dr, Ste 104
Atlanta, GA 30350

Amanda Martin, Individually
obo Em Mm, Both Minor Children
c/o Meirowitz Wasserberg, LLP
1040 6th Ave, 10th Fl
New York, NY 10018

Amazon Fresh
Attn Legal Dept
P.O. Box 81226
Seattle, WA 98108

Amazon.com Svcs, Inc
Attn Legal Dept
P.O. Box 81226
Seattle, WA 98108

Amazon.com Svcs, Inc Solimo
Attn Legal Dept
P.O. Box 81226
Seattle, WA 98108

Amber Ortiz
c/o Simon Greenstone Panatier, PC
3760 Kilroy Airport Way, Ste 680
Long Beach, CA 90806

Amber Ortiz
c/o The Law Office of Worthington Caron, PC
273 W 7th St
San Pedro, CA 90731

Amber Savage, Individually As Special
Administrator of the Estate of Jessica Savage, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Ameren Missouri
5661 Telegraph Rd, Ste 4B
St Louis, MO 63129-4275

American Employers Ins Co
Attn Kelly Skinner
1880 JFK Blvd, Ste 801
Philadelphia, PA 19103

American National Fire Ins Co
Attn Claim Manager
100 Liberty Way
Dover, NH 03821

Amy Elizabeth Chairez Aka Amy Chairez
Stephanie Kay Adams aks Stephanie Davis
as co-execut of the Est of Donald J Adams, Dec
c/o Karst von Oiste, LLP
23923 Gosling Rd, Ste A
Spring, TX 77389

Amy Elizabeth Chairez Aka Amy Chairez
Stephanie Kay Adams aks Stephanie Davis
as co-execut of the Est of Donald J Adams, Dec
c/o Flint Cooper Cohn Thompson Miracle, LLC
222 E Park St, Ste 500
Edwardsville, IL 62025

Amy L Brandon Joel Brandon
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Ana Frittes
c/o Simon Greenstone Panatier, PC
1201 Elm St, Ste 3400
Dallas, TX 75270

Andalusian Credit Co, LLC
40 W 57th St, Ste 1700
New York, NY 10019

Andrea Stasiuk Tom Perriott
c/o Levy Konigsberg, LLP
605 3rd Ave, 33rd Fl
New York, NY 10158

Andrew Fegley Tami Fegley
c/o Cooney Conway
120 N LaSalle St, 30th Fl
Chicago, IL 60602

Andrew Fegley Tami Fegley
c/o Waters Kraus Paul Siegel, LLP
11601 Wilshire Blvd, Ste 1900
Santa Monica, CA 90025

Andrew Rossi, Individually As
Personal Rep of the Estate of
Mary Margaret Rossi, Dec
c/o Meirowitz Wasserberg, LLP
1040 6th Ave Ste 12B
New York, NY 10018

Angela J Richards
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Angelica Alaniz Phillip Alaniz
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

Anna M Rice, Indiv As Spec Admin Of
The Estate of Sandra R Rice, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Annebell Leggins, Individually As
Indep Admin for the Est of Maurice Leggins, Dec
c/o Maune Raichle Hartley French Mudd, LLC
1165 N Clark St, Ste 302
Chicago, IL 60610

Antionette Iredale George Iredale
c/o The Ferraro Law Firm, PA
600 Brickell Ave, Ste 3800
Miami, FL 33131

Antony Ward Janice Ward, Individuals
c/o Weitz Luxenberg, PC
1880 Century Park E, Ste 700
Los Angeles, CA 90067-1618

April Archote
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Arbour Lane
700 Canal St
Stamford, CT 06902

Arcina Risk Group
Attn Mark Hatley
825 Wilshire Blvd, Ste 400
Los Angeles, CA 90017

Ariana Parker
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Arizona Attorney General s Office CSS
P.O. Box 6123, MD 7611
Phoenix, AZ 85005-6123

Arizona Dept of Revenue
1600 W Monroe St
Phoenix, AZ 85007

Arizona Dept of Revenue
Bankruptcy/Collections
P.O. Box 29070
Phoenix, AZ 85038-9070

Arkansas Dept of Finance Admin
P.O. Box 8110
Little Rock, AR 72203

Arkansas Dept of Finance Admin
Revenue Div, Sales Use Tax
AR Dept of Fin Admin
Ledbetter Bldg
P.O. Box 3566
Little Rock, AR 72203

Army/Air Force Exchange
3911 S Walton Walker Blvd
Dallas, TX 75236-1598

Arrowpoint
3600 Arco Corporate Dr
Charlotte, NC 28273

Asilia Credit
423 W Broadway, Ste 230
Salt Lake City, UT 84101

Ask Llp
Brigette G McGrath Marianna Udem
2600 Eagen Woods Dr, Ste 400
St Paul, MN 55121

Aspen American Ins Co
211 E 7th St, Ste 620
Austin, TX 78701

Athena Assurance Co
Attn Kristin Crawford
365 Washington St
St Paul, MN 55102

Audrey Elliot Williams t, As Pers Rep
of the Estate of Victoria Jean William
c/o Maune Raichle Hartley French Mudd, LLC
1900 Powell St, Ste 200
Emeryville, CA 94608

Audrey Riley Leroy Williams
c/o Iola Gross Forbes-King, LLP
3141 Hood St, Ste 450
Dallas, TX 75240

Audrey Riley Leroy Williams
c/o Kassel McVey Attorneys at Law
1330 Laurel St
P.O. Box 1476
Columbia, SC 29202-1476

Audrey Riley Leroy Williams
c/o Shrader Associates, LLP
9 E Greenway Plz, Ste 2300
Houston, TX 77046

Axa XL
Attn Susan Tetro
200 Liberty St, 21st Fl
New York, NY 10281

Bailey Cowan Heckaman PLLC
Attn Megan L Roper
1360 Post Oak Blvd, Ste 2300
Houston, TX 77056

Bank of America
100 N Tryon St
Charlotte, NC 28255

Bank of America
Attn Peter Drooff
Bank of America NA
135 S Lasalle St, Ste 927
Chicago, IL 60603

Barbara Holz, Individually As Special
Administrator of the Estate of Thomas Holz, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Barbara Molek
c/o Meirowitz Wasserberg, LLP
1040 6th Ave Ste 12B
New York, NY 10018

Barrett Mcnagny Llp
Attn William A Ramsey
215 E Berry St
Ft Wayne, IN 46802

Bellefonte Ins Co
10 Broadway
St Louis, MO 63102

Belluck Law, LLP
Attn Joseph W Belluck
546 5th Ave, 5th Fl
New York, NY 10036

Bergen Discount Inc
518 Willis Ave
Bronx, NY 10455

Berkeley Research Group
225 Franklin St, 32nd Fl
Boston, MA 02110

Bernard Lippman
c/o Early, Lucarelli, Sweeney Meisenkothen, LLC
1 Century Tower, 11th Fl
265 Church St
New Haven, CT 06510

Beth Hardy, Indiv As Spec Admin Of
The Estate of Janice Barlow, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Betty Ann Clakley, Individually
Shannon Clakley, as Special Admin
of the Estate of Louis Ray Clakley
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Betty Morris Robert Morris
c/o Weitz Luxenberg, PC
700 Broadway
New York, NY 10003

Beverly Beheim, Individually As
Special Administrator of the Estate of
Chris Beheim, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

BGA Group
P.O. Box HM 506
Pembroke, HMCX
Bermuda

Blanca M Palomo Fernando Palomo
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Border Wholesale, Inc
639 Lanark Dr Ste 106
San Antonio, TX 78218

Bowman Brooke
Attn Patrick J Cleary
1441 Main St Ste 1200
Columbia, SC 29201-2897

Bowman Brooke
Attn Patrick J Cleary
1441 Main St, Ste 1200
Columbia, SC 29201-2897

Bracha Yagen
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

Brandywine Chubb
Attn Stephanie Zlasney-Berk
2603 Camino Ramon, Ste 300
San Ramon, CA 94583

Brenda Mcintosh Kelly Mcintosh
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

Brenda Miller
c/o Meirowitz Wasserberg, LLP
95 3rd St, 2nd Fl
San Francisco, CA 94103

Brett Bruno Heather Bruno Doughtery
Injured Plaintiff Prudence Cathway Keller Bruno
c/o Landry Swarr, LLC
1100 Poydras St, Ste 2000
New Orleans, LA 70163

Brett Bruno Heather Bruno Doughtery
Injured Plaintiff Prudence Cathway Keller Bruno
c/o Dean Omar Branham Shirley, LLP
1801 N Lamar St, Ste 300
Dallas, TX 75202

Brittany Shearer, Indiv As Spec Admin
Of The Estate of Todd E Shearer, Dcsd
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Brooke H Landry Alonte Landry
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Brookman, Rosenberg, Brown Sandler
Attn Laurence Brown
30 S 15th St
Philadelphia, PA 19102

Bruce B Gordon
c/o Weitz Luxenberg, PC
700 Broadway
New York, NY 10003

Bruce Schwerdtfeger
Ronda Schwerdtfeger, his wife
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Bryan Cave Leighton Paisner
Attn Bart Wall
211 N Broadway, Ste 3600
St Louis, MO 63102

Bryan Cave Leighton Paisner
Attn Bart Wall, Laurence Frazen
211 N Broadway, Ste 3600
St Louis, MO 63102

Bryan Cave Leighton Paisner LLP
Attn Justin M Winerman
161 N Clark St, Ste 4300
Chicago, IL 60601-3315

Bryan Cave Leighton Paisner LLP
Attn Laurence M Frazen
1 Kansas City Pl
1200 Main St, Ste 3800
Kansas City, MO 64105-2122

California Dept of Tax Fee Admin
1800 30th St, Ste 380
Bakersfield, CA 93301-1922

California Franchise Tax Board
P.O. Box 942840
Sacramento, CA 94240-0001

Campbell, Chasity, Campbell
Individually obo Ac, A Minot Child, Chad
c/o Zinns Law, LLC
4243 Dunwoody Club Dr, Ste 104
Atlanta, GA 30350

Canada Revenue Agency
P.O. Box 14000
Station Main
Winnipeg, MB R3C 3M2
Canada

Canadian Universal Ins Co Ltd
10 Broadway
St Louis, MO 63102

Candy Beaulieu Chad Beaulieu
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Capital Sales Co
1471 E 9 Mile Rd
Hazel Park, MI 48030

Caplin Drysdale
1200 New Hampshire Ave, 8th Fl
Washington, DC 20036

Caplin Drysdale
Attn Kevin M Davis, Todd E Phillips
1200 New Hampshire Ave NW, 8th Fl
Washington, DC 20036

Cardinal Health Pharma
7000 Cardinal Pl
Dublin, OH 43017

Carib Sales LLC
4500 NW 135th St
Opa-Locka, FL 33054

Carlon J Deahl
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Carlos M Pinto Celina Pinto
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

Carlos Rodriguez Fabiola Rodriguez
c/o Karst von Oiste, LLP
23923 Gosling Rd, Ste A
Spring, TX 77389

Carlos Rodriguez Fabiola Rodriguez
c/o Menges Law, LLC
6400 W Main St, Ste 1G
Bellville, IL 62223

Carlos Scales, Indiv As Spec Admin Of
The Estate of Lillian M Joyner, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Carol Colley, As Anticipated Personal
Representative of the Estate of
John Colley, Dec
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

Carol Colley, As Anticipated Personal
Representative of the Estate of
John Colley, Dec
c/o Rebecca S Vinocur, PA
5915 Ponce De Leon Blvd, Ste 14
Coral Gables, FL 33146

Carol Krop, Individually As
successor-in-interest to
Olaf Krop, Eric Krop
c/o Kazan, McClain, Satterley Greenwood, PC
55 Harrison St, Ste 400
Oakland, CA 94607

Carol Neefe Alan Akers
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Carrie Stanek, Individually As Special
Administrator of the Estate of
Frederick Stanek, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Casey Grow Blake Grow, Her Husband
c/o Karst von Oiste, LLP
23923 Gosling Rd, Ste A
Spring, TX 77389

Casey Grow Blake Grow, Her Husband
c/o OnderLaw, LLC
110 E Lockwood Ave
St Louis, MO 63119

Castillo Distributor Inc
100 Riser Rd, Unit 1
Little Ferry, NJ 07643

Cathy Storm Gregory Storm
c/o The Miller Firm, LLC
The Sherman Bldg
108 Railroad Ave
Orange, VA 22960

CBCS
800 Main St
P.O. Box 28
Dubuque, IA 52004-0028

CDMA
43157 W Nine Mile Rd
Novi, MI 48375

CDZ Sales
Attn Thomas Zitiello
3601 Palm Harbor Blvd, Ste 1
Palm Harbor, FL 34683

Cecelia Bilyeu, Individually As
Surviving Heir of the Estate of
Richard Bilyeu, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Cencora Inc
1 W 1st Ave
Conshohocken, PA 19428

Central Sales Co
200 Price Industrial Ln
Huntington, WV 25705

Central Wholesale Dist
4724 18th Ave
Brooklyn, NY 11204

Cerberus
875 3rd Ave
New York, NY 10022

Certain Underwriters At Lloyds, London
Lloyd s of London
1 Lime St
London, EC3M 7HA
United Kingdom

Cesar Hernandez
c/o The Ferraro Law Firm, PA
600 Brickell Ave, Ste 3800
Miami, FL 33131

Chanah A Wolkow Jacob T Wolkow
c/o Meirowitz Wasserberg, LLP
1040 6th Ave Ste 12B
New York, NY 10018

Charlene Rand Jason Rand
c/o Weitz Luxenberg, PC
220 Lake Dr E, Ste 210
Cherry Hill, NJ 08002

Charles Butler Linda Butler
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Charles Collier
c/o Maune Raichle Hartley French Mudd, LLC
1015 Locust St, Ste 1200
St Louis, MO 63101

Charles F Barbee Jr, Indivi As Admin
Of The Estate of Brandy Ann Barbee
c/o Weitz Luxenberg, PC
220 Lake Dr E, Ste 210
Cherry Hill, NJ 08002

Cheryl Marcus, Individually As
Special Administrator of the Estate
of Thomas Holz, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Chipman Brown Cicero Cole, LLP
Attn William E Chipman, Jr/Robert A Weber
Hercules Plaza
1313 N Market St, Ste 5400
Wilmington, DE 19801

Chloe Kirby Jessica Tapp
c/o Maune Raichle Hartley French Mudd, LLC
777 S Harbour Island Blvd, Ste 310
Tampa, FL 33602

Chloe Pence, Individually As Special
Admin of the Est of Richard Allen Pence, Dec
c/o Shapiro Sternlieb, LLC
176 US Rte 9, Ste 303
Englishtown, NJ 07726

Chloe Pence, Individually As Special
Admin of the Est of Richard Allen Pence, Dec
c/o Cohen, Placitella Roth, PC
127 Maple Ave
Red Bank, NJ 07701

Chris Radlak Indiv As Administratrix
The Estate of Liliana Radlak Lucas, Dcsd
c/o Weitz Luxenberg, PC
220 Lake Dr E, Ste 210
Cherry Hill, NJ 08002

Christina M Jacobs, Indiv As Admin Of
The Estate of Carol A Basser, Dec
c/o Weitz Luxenberg, PC
220 Lake Dr E, Ste 210
Cherry Hill, NJ 08002

Christine Churpita, As Special Admin
of the Heirs Estate of Walter Churpita
c/o Menges Law, LLC
6400 W Main St, Ste 1G
Bellville, IL 62223

Christine Churpita, As Special Admin
of the Heirs Estate of Walter Churpita
c/o Karst von Oiste, LLP
23923 Gosling Rd, Ste A
Spring, TX 77389

Christine E Feeney David J Feeney
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

Christine L Latimer, Indiv Spec Admin
Of The Estate of Mary Sue Reim, Dcsd
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Christopher Browning Sheri Bronwing
c/o Maune Raichle Hartley French Mudd, LLC
1165 N Clark St, Ste 302
Chicago, IL 60610

Christy Ann Jacobs
c/o Meirowitz Wasserberg, LLP
55 W Monroe St, Ste 3600
Chicago, IL 60603

Chubb
202 Halls Mill Rd
Whitehouse Station, NJ 08889

Cindy Anselene Individually As Admin
The Estate of Rodney Anselene, Dec
c/o Meirowitz Wasserberg, LLP
1040 6th Ave, 10th Fl
New York, NY 10018

Cindy Fitzgerald, Individually As
Surviving Heir of the Estate of
Joseph Tocco, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Claudette Mills, Indiv As Spec Admin
The Estate of Beverly L Randall, Dcsd
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Clementina Godina Herminio Godina
c/o Kazan McClain Satterley Greenwood PC
55 Harrison St, Ste 400
Oakland, CA 94607

Clifford Heyman April Heyman
c/o Belluck Law, LLP
546 5th Ave, 5th Fl
New York, NY 10036

Cliffwater
4640 Admiralty Way, 11th Fl
Marina Del Rey, CA 90292

Cna
Attn Kelly Cronin
P.O. Box 8317
Chicago, IL 60680

Cna
Attn Kelly Cronin
53 State St, Ste 510
Boston, MA 02109

Cohen, Placitella Roth, Pc
Attn Christopher M Placitella, Dennis M Geier
Attn Jared M Placitella
127 Maple Ave
Red Bank, NJ 07701

Cohen, Placitella Roth, PC
Attn Christopher Placitella, Dennis Geier
Attn Jared M Placitella
127 Maple Ave
Red Bank, NJ 07701

Colleen Emanuel, Individually As Spec
Administrator for the Estate of Burton R Emanuel
c/o Maune Raichle Hartley French Mudd, LLC
1015 Locust St, Ste 1200
St Louis, MO 63101

Colorado Dept of Revenue Taxation Div
Attn Collections
P.O. Box 17087
Denver, CO 80217-0087

Comptroller of Maryland
Comptroller of MD Revenue
Administration Div
110 Carroll St
Annapolis, MD 21411-0001

Connecticut Dept of Revenue Svcs DRS
Dept of Revenue Svcs
450 Columbus Blvd, Ste 1
Hartford, CT 06103

Continental Casualty Co
Attn Kelly Cronin
P.O. Box 8317
Chicago, IL 60680

Continental Ins Co
Attn Kelly Cronin
P.O. Box 8317
Chicago, IL 60680

Cooney Conway
Attn Michael C Cooney
120 N LaSalle St, 30th Fl
Chicago, IL 60602

Corey M Toennies Karen B Toennies
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Cortney Narcisse
c/o Belluck Law, LLP
546 5th Ave, 5th Fl
New York, NY 10036

Cory Nardoni
Address Redacted

Craig Ludwig Colleen Ludwig
c/o Lipsitz, Ponterio Comerford, LLC
424 Main St, Ste 1500
Buffalo, NY 14202

Craig Ludwig Colleen Ludwig
c/o Simon Greenstone Panatier, PC
1201 Elm St, Ste 3400
Dallas, TX 75270

Crompton Pancoast, LLC
Attn R Seth Crompton
13 W Moody Ave
St Louis, MO 63119

Cross Simon
Attn Michael Vild
1105 N Market St, Ste 901
Wilmington, DE 19801

Crown Products, Inc
3500 N Causeway Blvd
Metairie, LA 70009-6558

Crown Products, Inc
P.O. BOX 6558
Metairie, LA 70009-6558

Crum Forster
Attn Gerrianne Welsch-Vorhies
305 Madison Ave
Morristown, NJ 07960

Crystal Jones, Individually As Special
Admin for the Est of Barbara Ann Mcaden, Dec
c/o Shrader Associates, LLP
3 Professional Park Dr, Ste A
Maryville, IL 62062

CSC
Attn Jen Lamb
251 Little Falls Dr
Wilmington, DE 19808

CVS
Attn Arthur G Marandola
1 CVS Dr
Woonsocket, RI 02895

Cynthia De Vera Richard De Vera, Sr
c/o Simon Greenstone Panatier, PC
3760 Kilroy Airport Way, Ste 680
Long Beach, CA 90806

Cynthia De Vera Richard De Vera, Sr
c/o Weinstein Caggiano PLLC
600 University St, Ste 1620
Seattle, WA 98101

Cynthia Fisher Bruce Fischer
c/o Dean Omar Branham Shirley, LLP
302 N Market St, Ste 300
Dallas, TX 75202

Cynthia Fisher Bruce Fischer
c/o Rebecca S Vinocur, PA
5915 Ponce De Leon Blvd, Ste 14
Coral Gables, FL 33146

Dale E Nading
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Dana Muraszewski Patrick Muraszewski
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Daniel C Kannas Karen Kannas
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Daniel J Heyer Nicole Heyer
c/o Sieben Polk, PA
2600 Eagan Woods Dr, Ste 50
Eagan, MN 55121-1170

Daniel J Heyer Nicole Heyer
c/o Simon Greenstone Panatier, PC
1201 Elm St, Ste 3400
Dallas, TX 75270

Danielle Joseph Piscitello, Surviving
Heirs of Frances P Pezzimenti, Dcsd
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Danielle S Maestas
c/o Weitz Luxenberg, PC
220 Lake Dr E, Ste 210
Cherry Hill, NJ 08002

Danny North Terri North
c/o McDermott Hickey, LLC
20525 Center Ridge Rd, Ste 200
Rocky River, OH 44113

Danny North Terri North
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

Darla Huston
c/o Maune Raichle Hartley French Mudd, LLC
1165 N Clark St, Ste 302
Chicago, IL 60610

Darren Baker
Address Redacted

David A Dobbs
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

David Davis Maggie Davis
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

David F Schrum Mia Taylor
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

David Garrett, Individually As
Special Administrator of the
Estate of Rita Garrett, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

David Rosenberg Chaya Rosenberg
c/o Deblase Brown Eyerly, LLP
680 S Santa Fe Ave
Los Angeles, CA 90021

David Rosenberg Chaya Rosenberg
c/o Simon Greenstone Panatier, PC
3760 Kilroy Airport Way, Ste 680
Long Beach, CA 90806

David V Perez, As Spec Admin
Of The Estate of David M Perez, Dcsd,
Maria A Villa De Perez, Indiv
c/o Vogelzang Law, PC
401 N Michigan Ave, Ste 350
Chicago, IL 60611

David V Perez, As Spec Admin
Of The Estate of David M Perez, Dcsd,
Maria A Villa De Perez, Indiv
c/o Iola Gross Forbes-King, LLP
3141 Hood St, Ste 450
Dallas, TX 75240

De Lage Landen Financial Svcs, Inc
1111 Old Eagle School Rd
Wayne, PA 19087

Dean Omar Branham Shirley, LLP
Attn Mark A Linder, Chad Cotten
1801 N Lamar St, Ste 300
Dallas, TX 75202

Deaton Law / Miller
450 N Broadway
E Providence, RI 02914

Deaton Law / Miller
450 N Broadway
E Providence, RI 02914

Deblase Brown Eyerly, LLP
Attn Eric L Brown
680 S Santa Fe Ave
Los Angeles, CA 90021

Deborah Carter
c/o Landry Swarr, LLC
1100 Poydras St, Ste 2000
New Orleans, LA 70163

Deborah Carter
c/o Simon Greenstone Panatier, PC
1201 Elm St, Ste 3400
Dallas, TX 75270

Deborah Davis, Individually As
Special Administrator of the
Estate of Benny Davis, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Deborah Horton
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

Deborah J Almarez John G Almarez
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Debra Kothe
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

Debra Mcandrew Barnett
c/o Dean Omar Branham Shirley, LLP
1801 N Lamar St, Ste 300
Dallas, TX 75202

Debra Mcandrew Barnett
c/o Kassel McVey Attorneys at Law
1330 Laurel St
P.O. Box 1476
Columbia, SC 29202-1476

Debra Mckinney, Individually As
Anticipated Personal Representative of the Est
of Patricia Orr, Dec obo all Wrongful Death Benef
c/o Simon Greenstone Panatier, PC
901 Main St, Ste 5900
Dallas, TX 75202

Dee A Griffith, Indiv As Exec of The
Estate of Richard L Griffith, Dec
c/o Weitz Luxenberg, PC
220 Lake Dr E, Ste 210
Cherry Hill, NJ 08002

Delaware Div of Revenue
Attn MS 25 Kevin T Murphy
P.O. Box 8763
Wilmington, DE 19899-8763

Delaware State Treasury
820 Silver Lake Blvd, Ste 100
Dover, DE 19904

Delta Dental
12399 Gravois Rd
St Louis, MO 63127-1702

Denise M Elmer
c/o Cohen, Placitella Roth, PC
127 Maple Ave
Red Bank, NJ 07701

Denise M Elmer
c/o Dean Omar Branham Shirley, LLP
302 N Market St, 3rd Fl
Dallas, TX 75202

Dennis Douthart, Individually As
personal representative of the
Estate of Glenda Douthart, Dec
c/o Meirowitz Wasserberg, LLP
55 W Monroe St, Ste 3600
Chicago, IL 60603

Deputy Minister Deputy Attorney General
Attn Jeremy Akerstream, KC
110 Legislative Bldg
450 Broadway
Winnipeg, MB R3C 0V8
Canada

Devani Designs Inc
400 Liberty Ave
Brooklyn, NY 11207

Dianna Lynn Reese, Admin of The Estate
Carolyn Ann Woods Wayne P Woods, Indiv
c/o Maune Raichle Hartley French Mudd, LLC
1165 N Clark St, Ste 302
Chicago, IL 60610

Discount Drug Mart
211 Commerce Dr
Medina, OH 44256

District of Delaware
Attn Benjamin L Wallace, US Attorney
1313 N Market St
P.O. Box 2046
Wilmington, DE 19801

DLA Piper LLP
Attn Stuart M Brown/R Craig Martin
1201 N Market St, Ste 1200
Wilmington, DE 19801

DLA Piper LLP US
Attn Jamie Knox
1251 Ave of the Americas, 27th Fl
New York, NY 10020

Do It Best Swan
1626 Broadway, Ste 100
Ft Wayne, IN 46802

DOBS Farinas, LLP
Attn Kathleen A Farinas, Todd Barnes
Sarah Broderick
951 N Delaware St
Indianapolis, IN 46202

Dobs Farinas, Llp
Attn Kathleen A Farinas, Todd Barnes
Attn Sarah Broderick
951 N Delaware St
Indianapolis, IN 46202

Dollar General Corp
Attn John Cosma
100 Mission Ridge
Goodlettsville, TN 37072

Dollar Tree
500 Volvo Pkwy
Chesapeake, VA 23320

Dolores Homan, Individually As
Admin of The Estate of Richard Homan
c/o Meirowitz Wasserberg, LLP
1800 John F Kennedy Blvd, Ste 1401
Philadelphia, PA 19103

Donald C Lundholm Connie Lundholm
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Dondee J Murray Michael Ceriello
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Donna Davis
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

Donnita Kincaid Michael Kincaid
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Dora Lopez-Kroll Cary Kroll
c/o Maune Raichle Hartley French Mudd, LLC
777 S Harbour Island Blvd, Ste 310
Tampa, FL 33602

Duffy Law, LLC
Attn Christopher P Duffy
Masonic Temple Bldg
70 Washington St, Ste 405
Salem, MA 01970

Duffy Law, LLC
Attn Christopher P Duffy
Masonic Temple Bldg
70 Washington St, Ste 405
Salem, MA 01970

Earl Brown, Indiv As Spec Admin Of
The Estate of Kathy Brown, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Early, Lucarelli, Sweeney Meisenkothen
Attn Brian P Kenney
One Century Tower
265 Church St, 11th Fl
New Haven, CT 06510

Early, Lucarelli, Sweeney Meisenkothen, LLC
Attn Brian P Kenney
265 Church St
1 Century Tower, 11th Fl
New Haven, CT 06510

East West Bank
Attn May Ng
135 N Los Robles Ave, 6th Fl
Pasadena, CA 91101

Edward Welch Jr, Indiv As Admin of The
estate of Kathleen Marie Welch, Dec
c/o Dean Omar Branham Shirley, LLP
445 Ft Pitt Blvd, Ste 500
Pittsburgh, PA 15219

Elaine Giddens
c/o Maune Raichle Hartley French Mudd, LLC
1015 Locust St, Ste 1200
St Louis, MO 63101

Elizabeth Aldana
c/o Bailey Cowan Heckaman, PLLC
1360 Post Oak Blvd, Ste 2300
Houston, TX 77056

Elizabeth Aldana
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Elizabeth Lorenzo, Indiv As Exec
Of The Estate of Richard Lorenzo, Dcsd
c/o Weitz Luxenberg, PC
220 Lake Dr E, Ste 210
Cherry Hill, NJ 08002

Elnora Flowers, As Personal Rep
of the Est of Ruthie Redding, Dec
c/o Rebecca S Vinocur, PA
5915 Ponce De Leon Blvd, Ste 14
Coral Gables, FL 33146

Emprise Group Charitable Foundation
8800 Page Ave
St Louis, MO 63114

Emprise Group, Inc
8800 Page Ave
St Louis, MO 63114

Emprise HPC, LLC
8800 Page Ave
St Louis, MO 63114

Eric Kehm
c/o Maune Raichle Hartley French Mudd, LLC
1015 Locust St, Ste 1200
St Louis, MO 63101

Eric Watson, Indiv As Successor-In-Int
to Patrick Watson, Dec, Robert Watson
Kelly Watson, as legal heirs to Patrick Watson, Dec
c/o Simmons Hanly Conroy, LLP
455 Market St, Ste 1270
San Francisco, CA 94105

Erik Gutekunst Kelsey Plefka
c/o Cooney Conway
120 N LaSalle St, 30th Fl
Chicago, IL 60602

Erin L Williams As Special Administrator
of the Heirs Estate of James Downing
c/o Menges Law, LLC
6400 W Main St, Ste 1G
Bellville, IL 62223

Erin L Williams As Special Administrator
of the Heirs Estate of James Downing
c/o Karst von Oiste, LLP
23923 Gosling Rd, Ste A
Spring, TX 77389

Eufemmia Moreno Frank Moreno
c/o Weitz Luxenberg, PC
1880 Century Park E, Ste 700
Los Angeles, CA 90067-1618

Eva Ceniza Neil Ceniza, Her Spouse
c/o Simmons Hanly Conroy, LLP
1 Court St
Alton, IL 62002

Eva Medina, Individually As Succes
in int to Lawrence Medina, Dec
c/o Meirowitz Wasserberg, LLP
1040 6th Ave Ste 12B
New York, NY 10018

Everest National Ins Co
477 Martinsville Rd
Libery Corner, NJ 07938

Everett T Williams Jr Dashawn L Rachal
c/o Maune Raichle Hartley French Mudd, LLC
6101 W Centinela Ave, Ste 340
Culver City, CA 90230

Excel Wholesale Dist Inc
15-13 132nd St
Flushing, NY 11356

Faegre Drinker Biddle Reath Llp
Attn Oderah Nwaeze Dami Omotunde
222 Delaware Ave, Ste 1410
Wilmington, DE 19801

Family Dollar
510 Volvo Pkwy
Chesapeake, VA 23320

Federal Ins Co
Attn Stephanie Zlasney-Berk
2603 Camino Ramon, Ste 300
San Ramon, CA 94583

Fidelity
245 Summer St
Boston, MA 02210

Fidelity Casualty Co of NY
Attn Kelly Cronin
P.O. Box 8317
Chicago, IL 60680

Fifth Third Bank, NA
38 Fountain Sq Plz
Cincinnati, OH 45263

First Aid Research Corp
Attn Steve Mosler
3305 Beltagh Ave
Wantagh, NY 11793

First Stop Health
24 E Washington St, Ste 875
Chicago, IL 60602

Flint Cooper Cohn Thompson Miracle Llc
Attn Tyler B Wilke, Eric Jackstadt, Ethan A Flint
222 E Park St, Ste 500
Edwardsville, IL 62025

Flint Cooper Cohn Thompson Miracle, LLC
Attn Tyler B Wilke, Eric Jackstadt
Attn Ethan A Flint
222 E Park St, Ste 500
Edwardsville, IL 62025

Florida Dept of Revenue
5050 W Tennessee St
Tallahassee, FL 32399

Food Lion Inc
2110 Executive Dr
P.O. Box 1330
Salisbury, NC 28145-1330

Franca Covelli Nicolo Cucuzzella
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Frances Corena Kendall Michael Kendall
c/o JSC Legal
1205 Technology Pkwy,
Cedar Falls, IA 50613

Frances Corena Kendall Michael Kendall
c/o Simon Greenstone Panatier, PC
901 Main St, Ste 5900
Dallas, TX 75202

Francisco Garcia Garcia, Francisco Garcia
Cardenas
Julio C Garcia Garcia As The Surviving Heirs of
Margarita Garcia Alvarez, Deceased
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Frank Iacovangelo As Personal Rep
of the Estate of Jean Iacovangelo
c/o Levy Konigsberg, LLP
605 3rd Ave, 33rd Fl
New York, NY 10158

Frankel Frankel
96 Merrick Rd
Lynbrook, NY 11563

Frankfurt Kurnit Klein Selz, PC
Attn Tricia Legittino, Esq
2029 Century Park E
Los Angeles, CA 90067

Fredrikson Byron, P.A.
Attn Ryan T Murphy/James C Brand
Attn Schuyler LM Pals
60 S 6th St, Ste 1500
Minneapolis, MN 55402-4400

Frost Law Firm
Attn Scott L Frost, Esq
273 W 7th St
San Pedro, CA 90731

Gabriella Arroyo Personal Representative
of the Estate of Igor Bassin, Dec
c/o Maune Raichle Hartley French Mudd, LLC
777 S Harbour Island Blvd, Ste 310
Tampa, FL 33602

Gabrielle L Gipson As The Surviving
Heir of Richelle L Williams, Dec
c/o Menges Law, LLC
6400 W Main St, Ste 1G
Belleville, IL 62223

Gail Koretoff
c/o Simon Greenstone Panatier, PC
1201 Elm St, Ste 3400
Dallas, TX 75270

Garrett Nodell, Individually
as Special Administrator of the
Estate of Edward Lodge, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Gary Gast Leslie Gast, His Wife
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Gary Kirk Kristine Kirk
c/o Shepard O Donnell Law
160 Federal St, 13th Fl
Boston, MA 02110

Gary Kirk Kristine Kirk
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

Gavin Lee
c/o Pritzker Hageman PA
Attn: Eric Hageman, Tariq Miller
100 University Ave SE
Minneapolis, MN 55414

General Star Indemnity Co
P.O. Box 10354
Stamford, CT 06902-2354

General Wholesalers Inc
P.O. BOX 1739
Trujillo Alto, PR 00977

Georgia Dept of Revenue
Compliance Div
Central Collection Section
2595 Century Pkwy NE, Ste 331
Atlanta, GA 30345-3173

Gettys Law Group APLC
Attn Lawrence Gettys
9191 Siegen Ln, Bldg 7
Baton Rouge, LA 70810

Gianaris Trial Lawyers, LLC
Attn Ted N Gianaris
1 Court St
Alton, IL 62002

Giant Eagle
700 Cranberry Woods Dr
Cranberry Twp, PA 16066

Gilbert LLP
Attn Jason Rubenstein
700 Pennsylvania Ave SE, Ste 400
Washington, DC 20003

Gina Burdick, Individually As Special
Administrator of the Estate of
Frank Camposano
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Gino S Frieri
c/o Dean Omar Branham Shirley, LLP
1801 N Lamar St, Ste 300
Dallas, TX 75202

Gino S Frieri
c/o Thornton Law Firm LLP
84 State St, 4th Fl
Boston, MA 02109

Giovanni Calabrese
c/o Karst von Oiste, LLP
1901 Ave of the Stars, Ste 200
Los Angeles, CA 90067

Glenda Mallam, Indiv As Spec Admin Of
The Estate of Robert B Mallam, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Glenda Medema Donald Medema,
her husband
c/o Flint Cooper Cohn Thompson Miracle, LLC
222 E Park St, Ste 500
Edwardsville, IL 62025

Gloria Blancarte De Casas
c/o Bailey Cowan Heckaman, PLLC
1360 Post Oak Blvd, Ste 2300
Houston, TX 77056

Gloria Blancarte De Casas
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Godson Aronu, Individually As
Proposed Admin of The Est of Otito Aronu, Dec
Godson Aronu as Guardian of CA, UA, CA, infants
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

Goldberg, Persky White, PC
Attn Leif Ocheltree
11 Stanwix St, Ste 1800
Pittsburgh, PA 15222

Gordon Rees Scully Mansukhani
Attn Schooler, Piper, Corbo, Rosky, Cleary, Viola,
Paal
Fee, Wills, Norman, Lancaster, Baxter, Milam
Al-Hendy, Kus, Coffin, Jr, Brackin, Viola Jr
80 S 8th St, Ste 3850
Minneapolis, MN 55402

Gordon Rees Scully Mansukhani
Attn Schooler, Piper, Corbo, Rosky, Cleary, Viola,
Paal
Fee, Wills, Norman, Lancaster, Baxter, Milam
Al-Hendy, Kus, Coffin, Jr, Brackin, Viola Jr
701 Fifth Ave, Ste 2100
Seattle, WA 98104

Gordon Rees Scully Mansukhani
Attn Schooler, Piper, Corbo, Rosky, Cleary, Viola,
Paal
Fee, Wills, Norman, Lancaster, Baxter, Milam
Al-Hendy, Kus, Coffin, Jr, Brackin, Viola Jr
666 Grand Ave, Ste 1701
Des Moines, IA 50309

Gordon Rees Scully Mansukhani
Attn Schooler, Piper, Corbo, Rosky, Cleary, Viola,
Paal
Fee, Wills, Norman, Lancaster, Baxter, Milam
Al-Hendy, Kus, Coffin, Jr, Brackin, Viola Jr
600 E 96th St, Ste 501
Indianapolis, IN 46240

Gordon Rees Scully Mansukhani
Attn Schooler, Piper, Corbo, Rosky, Cleary, Viola,
Paal
Fee, Wills, Norman, Lancaster, Baxter, Milam
Al-Hendy, Kus, Coffin, Jr, Brackin, Viola Jr
201 St Charles Ave, Ste 2500
New Orleans, LA 70170

Gordon Rees Scully Mansukhani
Attn Schooler, Piper, Corbo, Rosky, Cleary, Viola,
Paal
Fee, Wills, Norman, Lancaster, Baxter, Milam
Al-Hendy, Kus, Coffin, Jr, Brackin, Viola Jr
18 Columbia Tpke, Ste 220
Florham Park, NJ 07932

Gordon Rees Scully Mansukhani
Attn Schooler, Piper, Corbo, Rosky, Cleary, Viola,
Paal
Fee, Wills, Norman, Lancaster, Baxter, Milam
Al-Hendy, Kus, Coffin, Jr, Brackin, Viola Jr
701 5th Ave, Ste 2100
Seattle, WA 98104

Gordon Rees Scully Mansukhani
Attn Schooler, Piper, Corbo, Rosky, Cleary, Viola, Paal
Fee, Wills, Norman, Lancaster, Baxter, Milam
Al-Hendy, Kus, Coffin, Jr, Brackin, Viola Jr
201 St Charles Ave, Ste 2500
New Orleans, LA 70170

Gordon Rees Scully Mansukhani
Attn Schooler, Piper, Corbo, Rosky, Cleary, Viola, Paal
Fee, Wills, Norman, Lancaster, Baxter, Milam
Al-Hendy, Kus, Coffin, Jr, Brackin, Viola Jr
80 S 8th St, Ste 3850
Minneapolis, MN 55402

Gordon Rees Scully Mansukhani
Attn Schooler, Piper, Corbo, Rosky, Cleary, Viola, Paal
Fee, Wills, Norman, Lancaster, Baxter, Milam
Al-Hendy, Kus, Coffin, Jr, Brackin, Viola Jr
600 E 96th St, Ste 501
Indianapolis, IN 46240

Gordon Rees Scully Mansukhani
Attn Schooler, Piper, Corbo, Rosky, Cleary, Viola, Paal
Fee, Wills, Norman, Lancaster, Baxter, Milam
Al-Hendy, Kus, Coffin, Jr, Brackin, Viola Jr
95 Glastonbury Blvd, Ste 206
Glastonbury, CT 06033

Gordon Rees Scully Mansukhani
Attn Schooler, Piper, Corbo, Rosky, Cleary, Viola, Paal
Fee, Wills, Norman, Lancaster, Baxter, Milam
Al-Hendy, Kus, Coffin, Jr, Brackin, Viola Jr
666 Grand Ave, Ste 1701
Glastonbury, CT 06033

Gordon Rees Scully Mansukhani
Attn Schooler, Piper, Corbo, Rosky, Cleary, Viola, Paal
Fee, Wills, Norman, Lancaster, Baxter, Milam
Al-Hendy, Kus, Coffin, Jr, Brackin, Viola Jr
18 Columbia Tpke, Ste 220
Florham Park, NJ 07932

Great American
Attn Claim Manager
50 Parsippany Rd, Ste 300
Parsippany, NJ 07054

Great American E S Ins Co
301 E 4th St
Cincinnati, OH 45202

Great Elm Capital Corp
3801 PGA Blvd, Ste 603
Palm Bch Gardens, FL 33410

Great Northern Ins Co
Attn Stephanie Zlasney-Berk
2603 Camino Ramon, Ste 300
San Ramon, CA 94583

Great Southwest Fire Ins Co
Attn Sandra Studinski
1800 N Pt Dr
Stevens Pt, WI 54481

Greatdealson Inc
1340 Reed Rd
Geneva, IL 60134

Greg Billhartz
Address Redacted

Grocery Outlet Inc
5650 Hollis St
Emeryville, CA 94608

GSI Sales
Attn Anne Pegel
370 Pines Lake Dr E
Wayne, NJ 07470

Gwendolyn Hill-Jefferson, Individually
as Surviving Heir of the Estate of
Kimton Jefferson, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Halpern
610 Old Lancaster Rd, Ste 100
Bryn Mawr, PA 19010

Haniyah Philogene, As Representative Of
the Heirs Estate of Haissa Philogene,
deceased Ketty Philogene, his Widow
c/o Menges Law, LLC
6400 W Main St, Ste 1G
Bellville, IL 62223

Haniyah Philogene, As Representative Of
the Heirs Estate of Haissa Philogene,
deceased Ketty Philogene, his Widow
c/o Karst von Oiste, LLP
23923 Gosling Rd, Ste A
Spring, TX 77389

Hannaford Brothers
145 Pleasant Hill Rd
Scarborough, ME 04074

Harness IP
Attn Joseph E Walsh, Jr
7700 Bonhomme Ave, Ste 400
St Louis, MO 63105

Harold W Fisher Carlyn E Fischer
c/o Maune Raichle Hartley French Mudd, LLC
777 S Harbour Island Blvd, Ste 310
Tampa, FL 33602

Harris Teeter
701 Crestdale Rd
Matthews, NC 28105

Hartford
Attn Roxanne Lumsden
690 Asylum Ave
Hartford, CT 06155

Hartford Accident Indemnity Co
Attn Roxanne Lumsden
690 Asylum Ave
Hartford, CT 06155

Hartford Ins Co
Attn Roxanne Lumsden
690 Asylum Ave
Hartford, CT 06155

Hartsfield Egbert, PLLC
764 N Santa Fe Ave
Edmond, OK 73003

Harty Jewell, PLLC
Attn William WC Harty Erin E Jewell
6515 George Washington Memorial Hwy, Ste 205
Yorktown, VA 23692

Harty Jewell, Pllc
Attn William WC Harty, Erin E Jewell
6515 George Washington Memorial Hwy, Ste 205
Yorktown, VA 23692

Hawkins Parnell
303 Peachtree St NE, Ste 4000
Atlanta, GA 30308

HE Butt
Attn Jennifer M Heath
646 S Flores
San Antonio, TX 78204

Heather Epperly And Carl Epperly
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Heather Salicki,Individually As
Executor of the Est of Malcolm Salicki
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

Heather Salicki,Individually As Exc
of the Estate of Malcolm Salicki
c/o Rebecca S Vinocur, PA
5915 Ponce De Leon Blvd, Ste 14
Coral Gables, FL 33146

Helena M White Eyes
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Herlinda Meza Estrada
Hector Guadalupe Estrada
c/o Kazan, McClain, Satterley Greenwood, PC
55 Harrison St, Ste 400
Oakland, CA 94607

Hernry Bustillo
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

Highland Sales Marketing
Attn Gary Greear
18225 Celebrity Ln
Abingdon, VA 24211

Houlihan Lokey Capital, Inc
Attn Joseph Ebb
10250 Constellation Blvd, 5th Fl
Los Angeles, CA 90067

Hugo Parker, LLP
Attn Edward R Hugo, James C Parker
90 New Montgomery, Ste 1010
San Francisco, CA 94105

Hugo Parker, LLP
Attn Edward R Hugo, James C Parker
Attn Michael J Estrada
90 New Montgomery St, Ste 1010
San Francisco, CA 94105

Hy-Vee
5820 Westown Pkwy
W Des Moines, IA 50266-8223

I A Merchandise
1000 AL Ave
Brooklyn, NY 11207

Idaho State Tax Commission
ID State Tax Commission
P.O. Box 36
Boise, ID 83722-0410

Ignacio E Leon Jesus Leon As The
Surviving Hears of Maria L Leon, Dcsd
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Illinois Dept of Revenue
555 W Monroe St, Ste 1100
Chicago, IL 60661

Illinois Dept of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035

Indiana Dept of Revenue
Bankruptcy Section
100 N Senate Ave, MS 108
Indianapolis, IN 46204

Inspr Labs, LLC
8800 Page Ave
St Louis, MO 63114

Internal Revenue Service
Attn Centralized Insolvency Operation
2970 Market St
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Iola Gross Forbes King LLP
Attn Rachel A Gross, Sam Iola
3141 Hood St, Ste 450
Dallas, TX 75240

Iowa Dept of Revenue
IA Dept of Revenue
P.O. Box 10330
Des Moines, IA 50306-0330

Ira Sommers, Jr
c/o Brookman, Rosenberg, Brown Sandler
30 S 15th St
Philadelphia, PA 19102

Ira Sommers, Jr
c/o Shein Law Center, Ltd
121 S Broad St, 21st Fl
Philadelphia, PA 19107-4533

Ira Sommers, Jr
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

IRS
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Isaac Ruvalcaba, Indiv As Succes-
in-Int of the Est of Francisco Ruvalcaba, Sr, Dec
Abishai Ruvalcaba Francisco Ruvalcaba, Jr, Indiv
c/o Simon Greenstone Panatier, PC
3760 Kilroy Airport Way, Ste 680
Long Beach, CA 90806

Jackie J Thompson, Indiv As Spec Admin
Of The Estate of Joaquin J Maes, Dcsd
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Jackie Schmaltz, Indiv As Spec Admin
Of The Estate of Joan A Cassady, Dcsd
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Jackie Yates Marian Yates, His Wife
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Jackson Kelly PLLC
Attn Colby Bryson, Colby S Bryson
Attn Sandra K Zerrusen
P.O. Box 553
Charleston, WV 25322

Jackson Kelly PLLC
Attn Colby Bryson, Colby S Bryson
Attn Sandra Zerrusen
50 S Main St, Ste 201
Akron, OH 44308

Jackson Kelly Pllc
Attn Colby Bryson, Colby S Bryson
P.O. Box 553
Charleston, WV 25322

Jackson Kelly Pllc
Attn Colby Bryson, Colby S Bryson
50 S Main St , Ste 201
Akron, OH 44308

Jaime Villavicencio Silva
Hilda De Villavicencio
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

James C Hodgson Ann Hodgson
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

James D Willis Eleonore A Willis
c/o Maune Raichle Hartley French Mudd, LLC
1165 N Clark St, Ste 302
Chicago, IL 60610

James F Anderson Roberta Anderson
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

James Jacobsen
c/o Vogelzang Law, PC
120 N LaSalle St, Ste 3100
Chicago, IL 60602

James Pearce, As Spec Admin of The
Estate of Franklin L Gearhart, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

James Phillips Kirsta Phillips
c/o Karst von Oiste, LLP
23923 Gosling Rd, Ste A
Spring, TX 77389

James Phillips Kirsta Phillips
c/o Menges Law, LLC
6400 W Main St, Ste 1G
Bellville, IL 62223

James Schmidt, As Trustee For The
Next-of-Kin of Gary Schmidt, Dec
c/o Simon Greenstone Panatier, PC
1201 Elm St, Ste 3400
Dallas, TX 75270

James Schmidt, As Trustee For The
Next-of-Kin of Gary Schmidt, Dec
c/o Sieben Polk, PA
2600 Eagan Woods Dr, Ste 50
Eagan, MN 55121-1170

James W Herrick Nancy E Herrick
c/o Maune Raichle Hartley French Mudd, LLC
101 SW Main St, Ste 1820
Portland, OR 97204

Jamie Lynn Brown
c/o Weitz Luxenberg, PC
220 Lake Dr E, Ste 210
Cherry Hill, NJ 08002

Jana Love Darius Love, As Parents
Natural Guardians of Darius Love Jr
c/o Belluck Law, LLP
Attn Joseph W Belluck, Esq
546 5th Ave, 5th Fl
New York, NY 10036

Jane Walchli
c/o Maune Raichle Hartley French Mudd, LLC
1165 N Clark St, Ste 302
Chicago, IL 60610

Janet Larkly
c/o Dean Omar Branham Shirley, LLP
1801 N Lamar St, Ste 300
Dallas, TX 75202

Janice Falleti Individually As Special
Administrator of the Estate of
Salvatore Falleti, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Janice Rzeczka Stanley Rzeczka
c/o Early, Lucarelli, Sweeney Meisenkothen, LLC
1 Century Tower, 11th Fl
265 Church St
New Haven, CT 06510

Janice Rzeczka Stanley Rzeczka
c/o Iola Gross Forbes-King, LLP
3141 Hoot St, Ste 450
Dallas, TX 75219

Janis S Rafferty George Rafferty
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Jason E Lopez Zambrano
Matthew, Lopez
c/o Menges Law, LLC
6400 W Main St, Ste 1G
Belleville, IL 62223

Jason Visten Margaret Visten
c/o Simon Greenstone Panatier, PC
3760 Kilroy Airport Way, Ste 680
Long Beach, CA 90806

Jason Visten Margaret Visten
c/o Weinstein Caggiano PLLC
600 University St, Ste 1620
Seattle, WA 98101

Jayleen Magill, Indiv As Spec Admin Of
The Estate of Kathleen Magill, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

JCS Sales, LLC
Attn Drew Hembree
1 Food City Cir
Abingdon, VA 24210

Jeanne Keirle
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Jeffrey Johansen
c/o Karst von Oiste, LLP
1901 Ave of the Stars, Ste 200
Los Angeles, CA 90067

Jeffrey Sargent, Individually As
Special Administrator of the
Estate of Janis Wilson, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Jennifer L Randazzo, As Special
Administrator of the Heirs
Estate of Fred White, Dec
c/o Karst von Oiste, LLP
23923 Gosling Rd, Ste A
Spring, TX 77389

Jeremy Justice Marjorie Justice
c/o Meirowitz Wasserberg, LLP
1040 6th Ave Ste 12B
New York, NY 10018

Jeremy Vogler Mary Mac Manus
c/o Kazan McClain Satterley Greenwood PC
55 Harrison St, Ste 400
Oakland, CA 94607

Jerry Wayne Norton Deborah Norton,
husband wife
c/o Schroeter Goldmark Bender
401 Union St, Ste 3400
Seattle, WA 98101

Jerzy Filus
c/o Cooney Conway
120 N LaSalle St, 30th Fl
Chicago, IL 60602

Jerzy Filus
c/o Weitz Luxenberg, PC
700 Broadway
New York, NY 10032

Jesse Gardner-Federbush
Christine Harris, his spouse
c/o Simmons Hanly Conroy, LLP
112 Madison Ave, 7th Fl
New York, NY 10016-7416

Jessica Aulds, Jeremy Hampton,
Individually as the surviving heir of
Jessica Hampton, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Jessica Lisula, Indiv As Spec Admin Of
The Estate of Brian Lisula, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Jimmy E Howard
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

JJJ Distributors
400 Trumbull St
Elizabethport, NJ 07206

Joan Reyes George C Reyes
c/o Maune Raichle Hartley French Mudd, LLC
1900 Powell St, Ste 200
Emeryville, CA 94608

Joanne Kahn, Individually As Successor
in int of the Est of Lawrence Kahn, Dec
Jamie Kahn
c/o Simon Greenstone Panatier, PC
3760 Kilroy Airport Way, Ste 680
Long Beach, CA 90806

Jodi D Palaia
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Jodi Fish Peter Fish
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

Joe Meehan
Address Redacted

John Alexander
c/o Kazan McClain Satterley Greenwood PC
55 Harrison St, Ste 400
Oakland, CA 94607

John B Horner Monica Horner
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

John Costello, Individually As Special
Admin of the Estate of Patricia Costello, Dec
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

John Costello, Individually As Special
Admin of the Estate of Patricia Costello, Dec
c/o Lipsitz, Ponterio Comerford, LLC
424 Main St, Ste 1500
Buffalo, NY 14202

John Deluca Bernice Deluca
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

John G Brunner
167 Lamp Lantern Village, Ste 308
Chesterfield, MO 63017

John L Jordan Florance Jordan, H/W
c/o Weitz Luxenberg, PC
220 Lake Dr E, Ste 210
Cherry Hill, NJ 08002

John Macey Anita Macey
c/o Frost Law Firm
273 W 7th St
San Pedro, CA 90731

Jon Conklin, As Personal Representative
Of The Estate of Jodi Anne Woods
c/o The Ferraro Law Firm, PA
600 Brickell Ave, Ste 3800
Miami, FL 33131

Jonathan Noll
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Jonathan P Stills, Personal Rep
of the Estate of Maggie P Stills
c/o Maune Raichle Hartley French Mudd, LLC
777 S Harbour Island Blvd, Ste 310
Tampa, FL 33602

Jorge Martinez
c/o Meirowitz Wasserberg, LLP
1040 6th Ave Ste 12B
New York, NY 10018

Jose Alvarez, Maria Alvarez
c/o Rebecca S Vinocur, PA
5915 Ponce De Leon Blvd, Ste 14
Coral Gables, FL 33146

Jose Alvarez, Maria Alvarez
c/o Shrader Associates, LLP
9 E Greenway Plz, Ste 2300
Houston, TX 77046

Joseph Longshore, Julie Longshore
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Joseph Simon Leanda Simon
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

Joseph Villate Nancy Dagher
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

Joshua E Fisher Jennifer A Fisher
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Jovy Menor Bernard Menor
c/o Kazan McClain Satterley Greenwood PC
55 Harrison St, Ste 400
Oakland, CA 94607

JSC Legal
Attn James H Cook
1205 Technology Pkwy
Cedar Falls, IA 50613

Juana Vazquez Perez
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Judit Zalavary, Indiv As Spec Admin Of
The Estate of Otto Zalavary, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Judy Garrison Bret Garrison
c/o Maune Raichle Hartley French Mudd, LLC
1015 Locust St, Ste 1200
St Louis, MO 63101

Julia Gruber, Individually As Special
Administrator of the Estate of
Karen Burns, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Julie A Bennett
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Kaia Health
99 Wall St, Unit 5880
New York, NY 10005

Kaitlin Pontzer Nicholas Pontzer
c/o Lipsitz, Ponterio Comerford, LLC
424 Main St, Ste 1500
Buffalo, NY 14202

Kaitlin Pontzer Nicholas Pontzer
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

Kansas Dept of Revenue
Sales Use Tax
P.O. Box 3506
Topeka, KS 66625-3506

Karen L Molina Eric Molina
c/o Maune Raichle Hartley French Mudd, LLC
1900 Powell St, Ste 200
Emeryville, CA 94608

Karla Uvina, Individually As Successor
in-interest to David Uvina, David Fabian Uvina,
Daniel Uvina Diana Uvino
c/o Kazan, McClain, Satterley Greenwood, PC
55 Harrison St, Ste 400
Oakland, CA 94607

Karly Janocha, Indiv As Succes-In-Int To Marjorie
Janocha, Dec
Jessica Janocha, Indiv As
Succes-In-Int To John Janocha, Dec
c/o Meirowitz Wasserberg, LLP
1040 6th Ave Ste 12B
New York, NY 10018

Karst Von Oiste, LLP
Attn Philip M Kanayan, Erik P Karst
23923 Gosling Rd, Ste A
Spring, TX 77389

Kassel McVey Attorneys at Law
Attn Theile B McVey Jamie D Rutkoski
1330 Laurel St
P.O. Box 1476
Columbia, SC 29202-1476

Kassel Mcvey Attorneys At Law
Attn Theile B McVey, Jamie D Rutkoski
1330 Laurel St
P.O. Box 1476
Columbia, SC 29202-1476

Katherine Bene, Individually As
successor-in-interest to Cole Bene,
Alyssa Bene, Jared Bene, Lauren Bene
c/o Kazan, McClain, Satterley Greenwood, PC
55 Harrison St, Ste 400
Oakland, CA 94607

Katherine Engasser, Indiv As Independent
Exec of The Estate of Joe R Galvan, Dec
Joseph Galvan, Ad Michael Galvan, Indiv
c/o Simon Greenstone Panatier, PC
901 Main St, Ste 5900
Dallas, TX 75202

Katherine Jackson
c/o Kazan McClain Satterley Greenwood PC
55 Harrison St, Ste 400
Oakland, CA 94607

Kathleen E Ponticelli
c/o Karst von Oiste, LLP
23923 Gosling Rd, Ste A
Spring, TX 77389

Kathleen E Ponticelli
c/o Vogelzang Law, PC
120 N LaSalle St, Ste 3100
Chicago, IL 60602

Kathleen Easterling
c/o Maune Raichle Hartley French Mudd, LLC
777 S Harbour Island Blvd, Ste 310
Tampa, FL 33602

Kathleen P Didonato David Didonato
c/o SWMW Law, LLC
Frick Bldg
437 Grant St, Ste 600
Pittsburgh, PA 15219

Kathryn A Jackson, An Individual
c/o SWMW Law, LLC
Frick Bldg
437 Grant St, Ste 600
Pittsburgh, PA 15219

Kathryn Passmore-Meyer
spouse John G Meyer, Jr
c/o Horton Law Firm
114 NW 6th St, Ste 201
Oklahoma City, OK 73102

Kathryn Passmore-Meyer
spouse John G Meyer, Jr
c/o Dean Omar Branham Shirley, LLP
1801 N Lamar St, Ste 300
Dallas, TX 75202

Kazan, McClain, Satterley Greenwood
Attn John L Langdoc, Michael T Reid
55 Harrison St, Ste 400
Oakland, CA 94607

Keith Grypp
Address Redacted

Keith Lefevre Diane Lefevre
c/o Dean Omar Branham Shirley, LLP
1801 N Lamar St, Ste 300
Dallas, TX 75202

Keith Lefevre Diane Lefevre
c/o Landry Swarr, LLC
1100 Poydras St, Ste 2000
New Orleans, LA 70163

Kellie Mccarthy-Hall, As Representative
of the Est of Ronald C McCarthy, dec
c/o Menges Law, LLC
6400 W Main St, Ste 1G
Bellville, IL 62223

Kellie Mccarthy-Hall, As Representative
of the Est of Ronald C McCarthy, dec
c/o Karst von Oiste, LLP
23923 Gosling Rd, Ste A
Spring, TX 77389

Kelly Dalphonse, Indiv As Spec Admin
For The Estate of Evelyn F Dulac, Dcsd
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Kelse Neal
5767 Webb Ln
Murfreesboro, TN 37129

Kemper Ins Co
Attn Scott Landwer
1 Corporate Dr, Ste 200
Lake Zurich, IL 60047

Kenneth Green
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Kenneth Mendes Jennifer Mendes
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Kentucky Dept of Revenue
Legal Support Branch Bankruptcy
P.O. Box 5222
Frankfort, KY 40602

Kevin Papenfus Nicole Papenfus
c/o Vogelzang Law, PC
120 N LaSalle St, Ste 3100
Chicago, IL 60602

Kimberly Ann Estes
c/o Vogelzang Law, PC
120 N LaSalle St, Ste 3100
Chicago, IL 60602

Kinda Bargy Jason Bargy
c/o Maune Raichle Hartley French Mudd, LLC
1015 Locust St, Ste 1200
St Louis, MO 63101

Klehr Harrison Harvey Branzburg LLP
Attn Richard M Beck/Alyssa M Radovanovich
919 Market St, Ste 1000
Wilmington, DE 19801-3062

Kostas Kourinos
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Kreshnik Demaliaj As Administrator Of
the Estate of Ukshin Demaliaj, Dec
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

Kristine Horrace, Indiv As Spec Admin
Of The Estate of Ann L Proctor, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Kroger
1014 Vine St
Cincinnati, OH 45202

Kroger Co
1014 Vine St
Cincinnati, OH 45202

Landry Swarr, LLC
Attn Mickey P Landry, Frank J Swarr
Attn Matthew Clark, Benjamin D Rumph
1100 Poydras St, Ste 2000
New Orleans, LA 70163

Landry Swarr, LLC
Attn Mickey P Landry, Frank J Swarr
Attn Matthew Clark, Benjamin D Rumph
1100 Poydras St, Unit 2000
New Orleans, LA 70163

Lastephenette M Sisco
c/o Maune Raichle Hartley French Mudd, LLC
777 S Harbour Island Blvd, Ste 310
Tampa, FL 33602

Latin American Dist Inc
307 Industrial Way W
Eatontown, NJ 07724

Laura Bennett, As Proposed Rep of The
Estate of Steven B Bennett, Deceased
c/o Meirowitz Wasserberg LLP
1722 Main St, Ste 200
Columbia, SC 29201

Laura Britton
c/o Cohen, Placitella Roth, PC
127 Maple Ave
Red Bank, NJ 07701

Laura Britton
c/o Shapiro Sternlieb, LLC
176 US Rte 9, Ste 303
Englishtown, NJ 07726

Law Offices of Kapusta Schweers, Llc
Attn Cori J Kapusta
445 Ft Pitt Blvd, Ste 500
Pittsburgh, PA 15219

LCO 1UO Holdings Scsp
2-2a Rue Albert Borschette
Luxembourg, L-1246
Luxembourg

Leslie Johnson, Indiv As Spec Admin
Of The Estate of Michael J Johnson
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Levy Konigsberg, LLP
Attn Denise Persampieri
605 3rd Ave, 33rd Fl
New York, NY 10158

Lexington Ins Co
Attn Kyle Lyman
99 High St, 25th Fl
Boston, MA 02110

Lexington Ins Co
Attn Kyle Lyman
120 S Central Ave
St Louis, MO 63105

Lexington Ins Co
Attn Kyle Lyman
100 Summer St
Boston, MA 02110

Liberty Ins Co
Attn Kyle Lyman
100 Liberty Way
Dover, NH 03821

Liberty Mutual
Attn Kyle Lyman, Claim Manager
100 Liberty Way
Dover, NH 03821

Liberty Mutual Fire Ins Co
Attn Kyle Lyman
100 Liberty Way
Dover, NH 03821

Lidl US LLC
3500 S Clark St
Arlington, VA 22202

Lieselotte Beatty
c/o Belluck Law, LLP
546 5th Ave, 5th Fl
New York, NY 10036

Liliana Lopez
c/o Meirowitz Wasserberg, LLP
95 3rd St, 2nd Fl
San Francisco, CA 94103

Linda Bush, Individually As Special
Administrator of the Estate of
James Bush, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Linda Frioli
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Linda Hooper Ronald Hooper
c/o Simon Greenstone Panatier, PC
3760 Kilroy Airport Way, Ste 680
Long Beach, CA 90806

Linda Kelso
c/o Simmons Hanly Conroy, LLP
1 Court St
Alton, IL 62002

Linda Martin, Indiv As Spec Admin Of
The Estate of Kathleen M Galleciez, Dcsd
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Linda Taber
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

Lipsitz, Ponterio Comerford, LLC
Attn John P Comerford
424 Main St, Ste 1500
Buffalo, NY 14202

Lisa Depalma James Depalma
c/o Meirowitz Wasserberg, LLP
1040 6th Ave Ste 12B
New York, NY 10018

Lisa M Libby James Libby
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Lisa Parriott
c/o Crompton Pancoast, LLC
13 W Moody Ave
St Louis, MO 63119

Lisa Parriott
c/o The Ferraro Law Firm, PA
600 Brickell Ave, Ste 3800
Miami, FL 33131

Lisa R Smith
c/o Sieben Polk, PA
2600 Eagan Woods Dr, Ste 50
Eagan, MN 55121-1170

Litchfield Cavo LLP
Attn M McLain, D Ricci, L Christensen
Attn W Boesch, Local Office Mng Partner
Attn G Passaro, Jeanne Sopher
600 Corporate Dr, Ste 600
Ft Lauderdale, FL 33334

Litchfield Cavo LLP
Attn McLain, Ricci, Christensen, Boesch
Christensen, Local Office Mging Partner
Passaro, Passaro, Sopher
600 Corporate Dr, Ste 600
Ft Lauderdale, FL 33334

Livongo
444 N MI Ave, Ste 3400
Chicago, IL 60611

Lloyd Palans
Address Redacted

Loan Admin Co LLC
2200 Atlantic St, Ste 501
Stamford, CT 06902

Locks Law Firm
601 Walnut St, Ste 720 E
The Curtis Center
Philadelphia, PA 19106

Locks Law Firm
The Curtis Center
601 Walnut St, Ste 720 E
Philadelphia, PA 19106

Logan Susan Turner
c/o Meirowitz Wasserberg LLP
1722 Main St, Ste 200
Columbia, SC 29201

Longs Drug Stores
Attn Barry Renner
141 N Civic Dr
Walnut Creek, CA 94596

Loren L Schmitz Lois Schmitz
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Lori Cronon Ronnie Cronon, Her Husband
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Lorna Coue, Indiv As Spec Admin For
The Estate of Nam-Kane Coue, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Lorna Zaagman, Indiv Spec Admin Of
The Estate of Joyce A Zaagman, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Lorraine D Brown
c/o Maune Raichle Hartley French Mudd, LLC
150 W 30th St, Ste 204
New York, NY 10001

Lorraine M Bradford Shaun Bradford
c/o Dean Omar Branham Shirley, LLP
1801 N Lamar St, Ste 300
Dallas, TX 75202

Lorraine M Bradford Shaun Bradford
c/o Landry Swarr, LLC
1100 Poydras St, Ste 2000
New Orleans, LA 70163

Louis Pannozo Caryl Panozzo
c/o Maune Raichle Hartley French Mudd, LLC
1165 N Clark St, Ste 302
Chicago, IL 60610

Louisiana Dept of Health
628 N 4th St
Baton Rouge, LA 70802

Louisiana Dept of Revenue
Collection Div, Bankruptcy Section
617 N 3rd St
Baton Rouge, LA 70802

Louisiana Dept of Revenue
P.O. Box 201
Baton Rouge, LA 70821-0201

Lowe s Wholesale Drug Agency
Soldier Rd
P.O. Box N-7504
Nassau
Bahamas

Lucinda Garcia, As Proposed Rep
Of The Estate of Ann Vasquez, Dec
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

Lucky Stores Albertsons
1800 Standiford Ave
Modesto, CA 95350

Ludmila G Lapchyk
c/o Weitz Luxenberg, PC
700 Broadway
New York, NY 10003

Luis Jimenez Maria Jimenez
c/o Dean Omar Branham Shirley, LLP
302 N Market St, Ste 300
Dallas, TX 75202

Luis Jimenez Maria Jimenez
c/o Gianaris Trial Lawyers, LLC
1 Court St
Alton, IL 62002

Luis Jimenez Maria Jimenez
c/o Vogelzang Law, PC
401 N Michigan Ave, Ste 350
Chicago, IL 60611

Lumbermens Mutual Casualty Co
IN Liquidation
1 Corporate Dr, Ste 200
Lake Zurich, IL 60047

Mackenzie Shea
Address Redacted

Magali Barajas, Indiv As Spec Admin Of
The Estate of Sonia Benavidez, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Maine Revenue Svcs
ME Revenue Svcs Compliance Div
P.O. Box 1060
Augusta, ME 04332-1060

Manning Gross Massenburg LLP
125 High St, 6th Fl
Oliver Tower
Boston, MA 02110

Manning Gross Massenburg LLP
Oliver Tower
125 High St, 6th Fl
Boston, MA 02110

Marc D Gethmann
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Marci Hogan, As Special Administrator
for the Estate of Kathryn Stevenson, dec
c/o Maune Raichle Hartley French Mudd, LLC
1015 Locust St, Ste 1200
St Louis, MO 63101

Margaret Davis
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Margaret J Shearon, As Personal
Representative of the Heirs
Estate of David R Shearon, Dec
c/o Menges Law, LLC
6400 W Main St, Ste 1G
Bellville, IL 62223

Margaret J Shearon, As Personal
Representative of the Heirs
Estate of David R Shearon, Dec
c/o Karst von Oiste, LLP
23923 Gosling Rd, Ste A
Spring, TX 77389

Margaret Sherman, Individually As Spec
Admin to the Estate of Harold C Sherman, Dec
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

Maria Horeyseck Peter Horeyseck
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Maria Luisa Gomez Mena
c/o Waters Kraus Paul Siegel, LLP
3141 Hood St, Ste 700
Dallas, TX 75219

Maria Mejia, Individually As Special
Administrator of the Estate of
Jesus Mejia, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Maria S Suarez, As Executor of The
Estate of Maria Jauregui, Dec
c/o Meirowitz Wasserberg, LLP
1040 6th Ave Ste 12B
New York, NY 10018

Marianne Bonner Jeffrey Bonner
c/o Shein Law Center, Ltd
121 S Broad St, 21st Fl
Philadelphia, PA 19107-4533

Marianne Bonner Jeffrey Bonner
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

Mark Marquez Ii, Indiv As Co-Prsnl Rep
of the Est of Mark Marquez Lora Turgeon, indiv
as co-per rep of the Est of Mark Marquez
c/o Shapiro Sternlieb, LLC
176 US Rte 9, Ste 303
Englishtown, NJ 07726

Mark Marquez Ii, Indiv As Co-Prsnl Rep
of the Est of Mark Marquez Lora Turgeon, indiv
as co-per rep of the Est of Mark Marquez
c/o Dean Omar Branham Shirley, LLP
302 N Market St, Ste 300
Dallas, TX 75202

Mark Marquez Ii, Indiv As Co-Prsnl Rep
of the Est of Mark Marquez Lora Turgeon, indiv
as co-per rep of the Est of Mark Marquez
c/o Cohen, Placitella Roth, PC
127 Maple Ave
Red Bank, NJ 07701

Mark S Anthony Christine Anthony
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Markel American Ins Co
3 Cityplace Dr, Ste 900
St Louis, MO 63141

Market Basket Demoulas
875 E St
Tewksbury, MA 01876

Market Performance Group, LLC
Attn Danny Silverman
960 Holmdel Rd Bldg 2, Ste 102
Holmdel, NJ 07733

Market Performance Group, LLC
Attn Jason Henney
960 Holmdel Rd Bldg 2, Ste 102
Holmdel, NJ 07733

Marlene Fuller Individually As Special
Administrator of the Estate of George Fuller, Dec
c/o Maune Raichle Hartley French Mudd, LLC
1015 Locust St, Ste 1200
St Louis, MO 63101

Marlise D Perry, Indiv As Successor
in interest to Robert Lee Darby, dec
Joann M Darby, Larisa Thompson, Indiv
c/o Meirowitz Wasserberg, LLP
1040 6th Ave Ste 12B
New York, NY 10018

Marsh USA Inc
Attn Lauren Lubick
P.O. Box 846015
Dallas, TX 75284-6015

Martin Villagran Blanca Villagran
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

Mary J Evans, Indiv As Spec Admin Of
The Estate of Teddy D Evans, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Mary Jane Bennett
c/o Menges Law, LLC
6400 W Main St, Ste 1G
Belleville, IL 62223

Mary P Larson As Personal Representative
of the Est of Cheryl Silberman, Dec
c/o Meirowitz Wasserberg, LLP
55 W Monroe St, Ste 3600
Chicago, IL 60603

Mary Sue Welte, Indiv As Spec Admin Of
The Estate of Eugene Welte, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Mary Townsend Marty Celestine
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Massachusetts Dept of Revenue
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204-7090

Masterman s
11 C St
P.O. Box 411
Auburn, MA 01501-0411

Matthew Mclain Cristin Hurley
c/o Dean Omar Branham Shirley, LLP
1801 N Lamar St, Ste 300
Dallas, TX 75202

Matthew Palmer, Jr
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Maune Raichle Hartley French Mudd, LLC
6101 W Centinela Ave, Ste 340
Culver City, CA 90230

Maune Raichle Hartley French Mudd, LLC
6101 W Centinela Ave, Ste 340
Culver City CA 90230

Maune Raichle Hartley French Mudd, LLC
Attn J R Neumann, M C McCabe, K K Patel
Attn S D Rineberg, R S Avula, B M Ukman
Attn D L Amell, S Koppolu
1015 Locust St, Ste 1200
St Louis, MO 63101

Maune Raichle Hartley French Mudd, LLC
Attn Jon R Neumann, Moira C McCabe, Kinnari K
Patel
1015 Locust St, Ste 1200
St Louis, MO 63101

Maurice Saunders Alicia Saunders
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Maxime Malka Flora Malka
c/o Meirowitz Wasserberg, LLP
1040 6th Ave Ste 12B
New York, NY 10018

Mc Credit Partners
2200 Atlantic St, 5th Fl
Stamford, CT 06902

McDermott Hickey, LLC
Attn Christopher J Hickey, Anthony Gallucci
Attn Kevin McDermott
20525 Ctr Ridge Rd, Ste 200
Rocky River, OH 44113

Mcdermott Hickey, Llc
Attn Christopher J Hickey, Anthony Gallucci
Attn Kevin McDermott
20525 Center Ridge Rd, Ste 200
Rocky River, OH 44113

Medline Industries Inc
3 Lakes Dr
Northfield, IL 60093

Mehrak Farahmand Johnathan Farahmand
c/o Kazan McClain Satterley Greenwood PC
55 Harrison St, Ste 400
Oakland, CA 94607

Meijer Distribution, Inc
2929 Walker Ave NW
Grand Rapids, MI 49544

Meirowitz Wasserberg LLP
Attn Nathaniel J Wallace
Attn Daniel Wasserberg
1040 6th Ave, 10th Fl
New York, NY 10018

Meirowitz Wasserberg Llp
Attn Nathaniel J Wallace, Daniel Wasserberg
1040 6th Ave, 10th Fl
New York, NY 10018

Meirowitz Wasserberg, LLP
1040 6th Ave, 10th Fl
New York, NY 10018

Melba A Ramos Arana, Indiv
As Personal Rep of The Estate Of
Jose Gerardo Caldas Martinez Her Husband
c/o The Ferraro Law Firm, PA
600 Brickell Ave, Ste 3800
Miami, FL 33131

Melinda Granillo-Hicks, Indiv As Spec
Admin Estate of Victoria T Hicks, Dcsd
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Melissa White, Individually As
Special Administrator of the
Estate of Timothy White, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Mendy Davidov Yaffa Davidov
c/o Maune Raichle Hartley French Mudd, LLC
1165 N Clark St, Ste 302
Chicago, IL 60610

Menges Law, LLC
Attn Carson C Menges
6400 W Main St, Ste 1G
Belleville, IL 62223

Menges Law, Llc
Carson C Menges
6400 W Main St, Ste 1G
Belleville, IL 62223

Meredith Harper, As Trustee For The
Next-of-Kin of Charlene Harper, Dec
c/o Simon Greenstone Panatier, PC
1201 Elm St, Ste 3400
Dallas, TX 75270

Meredith Harper, As Trustee For The
Next-of-Kin of Charlene Harper, Dec
c/o Sieben Polk, PA
2600 Eagan Woods Dr, Ste 50
Eagan, MN 55121-1170

Metropolitan St Louis Sewer District
2350 Market St
St Louis, MO 63103-2555

Michael Buenzow
Address Redacted

Michael J Montoya, Individually As
Successor-in-Interest to Rosa L Mota-Montoya,
Dec,
c/o Maune Raichle Hartley French Mudd, LLC
1900 Powell St, Ste 200
Emeryville, CA 94608

Michael J Sanchez Nicole A Sanchez
c/o Maune Raichle Hartley French Mudd, LLC
777 S Harbour Island Blvd, Ste 310
Tampa, FL 33602

Michael Koziak
c/o SWMW Law, LLC
Frick Bldg
437 Grant St, Ste 600
Pittsburgh, PA 15219

Michale Yamzon
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Michelle Hale, Indiv As Spec Admin
Of The Estate of Ina Mauzy, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Michigan Dept of Treasury
Collection/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909

Mickey Adcock Donnie Adcock
c/o Maune Raichle Hartley French Mudd, LLC
1015 Locust St, Ste 1200
St Louis, MO 63101

Mindy E Gilbert
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Minnesota Dept of Revenue
Sales Use Tax Div
Mail Station 6350
St Paul, MN 55146-6350

Mississippi Dept of Revenue
Bankruptcy Section
P.O. Box 22808
Jackson, MS 39225-2808

Missouri American Water
5661 Telegraph Rd, Ste 4B
St Louis, MO 63129-4275

Missouri Dept of Revenue
P.O. Box 358
Jefferson City, MO 65105-0840

Montana E Morton
c/o Nichol Associates, Attorneys at Law
109 S Northshore Dr, Ste 404
Knoxville, TN 37919

Monte Lewis Carolyn Lewis
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Morris James LLP
Attn Eric Monzo
3205 Ave N Blvd, Ste 100
Wilmington, DE 19803

Morris Mitchell Mary Mitchell His Wife
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Moses Hirschler, Individually As
Executor of the Estate of Simon Hirschler, Dec
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

Murrell Lewis
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

Mutual Fire Marine Inland Ins Co
120 E Uwchlan Ave, Ste 101
Exton, PA 19341

Nancy Burdyshaw, Individually As
succes-in-inter to Joan Reyes George C Reyes, Dec
Paul Reyes, Gary Reyes, Karen Goria
c/o Maune Raichle Hartley French Mudd, LLC
1900 Powell St, Ste 200
Emeryville, CA 94608

Nancy E Jarvis
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Nancy Gladstone
c/o Lipsitz, Ponterio Comerford, LLC
424 Main St, Ste 1500
Buffalo, NY 14202

Nancy Gladstone
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

Nancy Solh Kamal Durgham
c/o Karst von Oiste, LLP
1901 Ave of the Stars, Ste 200
Los Angeles, CA 90067

Natalie Seguin Timothy Piper
c/o Levy Konigsberg, LLP
605 3rd Ave, 33rd Fl
New York, NY 10158

National Distribution Co
402 BNA DR, Ste 500
Nashville, TN 37217

National Economic Research Assoc, Inc
NERA Economic Consulting
1166 Avenue of the Americas, 29th Fl
New York, NY 10036

National Indemnity Co
Attn Kelly Skinner
1880 JFK Blvd, Ste 1701
Philadelphia, PA 19103

National Surety Corp
Attn Shaun McKernan
P.O. Box 750039
Petaluma, CA 94954

National Union Fire Ins Co
Of Pittsburgh, PA
P.O. Box 922848
Norcross, GA 30010

Navigators Ins Co
One Hartford Plz
Hartford, CT 06155

Navy Exchange
3280 Virginia Beach Blvd
Virginia Bch, VA 23452

Nebraska Dept of Revenue
NE Dept of Revenue
P.O. Box 94818
Lincoln, NE 68509-4818

Nelson Mullins Riley Scarborough LLP
Attn Carmen Bickerdt
301 S College St, 23rd Fl
Charlotte, NC 28202

Nevada Dept of Taxation
3850 Arrowhead Dr
Carson City, NV 89706

Nevada Dept of Taxation
Bankruptcy Section
700 E Warm Springs Rd, Ste 200
Las Vegas, NV 89119

New Hampshire Dept of Revenue Admin
Administration Collection Div
P.O. Box 454
Concord, NH 03302-0454

New Jersey Div of Taxation
Dept of The Treasury
Bankruptcy Unit
3 John Fitch Way, 5th Fl
P.O. Box 245
Trenton, NJ 08695-0245

Nice-Pak Deutschland Gmbh
Bahnhofstrabe 47
SUlzetal-Osterweddingen, 39171
Germany

Nice-Pak Int l Ltd
Aber Park, Aber Rd
Flint, Clwyd CH6 5EX
United Kingdom

Nice-Pak Products, LLC
1 Blue Hill Plz, Ste 1569
Pearl River, NY 10965

Nice-Pak Products, LLC
8800 Page Ave
St Louis, MO 63114

Nichol Associates, Attorneys At Law
Attn H Douglas Nichol
109 S Northshore Dr, Ste 404
Knoxville, TN 37919

Nicholas G Thompson
P.O. Box 115
Grabill, IN 46741

Nick Kalmanidis
c/o Early, Lucarelli, Sweeney Meisenkothen, LLC
1 Century Tower, 11th Fl
265 Church St
New Haven, CT 06510

Nicole Favreau, Indiv As Spec Admin Of
The Estate of David Chalmers, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Nita Sanchez, Indiv As Spec Admin Of
The Estate of Fred A Yelton, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

NJ Treasury Div of Taxation
3 John Fitch Way, 5th Fl
Trenton, NJ 08611

NJ Treasury Div of Taxation
P.O. Box 245
Trenton, NJ 08695-0245

Nora L Grudis, Indiv As Spec Admin For
The Estate of Mark J Grudis, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

North Carolina Dept of Revenue
Attn Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Northbrook Excess Surplus Ins Co
Attn Laurie Lowe
3075 Sanders Rd - H1 W
Northbrook, IL 60062

NYS Dept of Taxation Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

Office of the Attorney General
1745 Innovation Dr
Carbondale, IL 62903

Office of the Attorney General
345 State Capitol
Lincoln, NE 68509

Office of the Attorney General
500 S 2nd St
Springfield, IL 62701

Office of the Attorney General
800 5th Ave, Ste 2000
Seattle, WA 98104

Office of the Attorney General
Attn Aaron D Ford
Old Supreme Court Bldg
100 N Carson St
Carson City, NV 89701

Office of the Attorney General
Attn Aaron Frey
State House, Stn 6
Augusta, ME 04333

Office of the Attorney General
Attn Alan Wilson
Rembert D Dennis Office Bldg
P.O. Box 11549
Columbia, SC 29211-1549

Office of the Attorney General
Attn Andrea Campbell
1 Ashburton Pl, 20th Fl
Boston, MA 02108

Office of the Attorney General
Attn Andrea Campbell
10 Mechanic St, Ste 301
Worcester, MA 01608

Office of the Attorney General
Attn Andrea Campbell
1441 Main St, 12th Fl
Springfield, MA 01103

Office of the Attorney General
Attn Andrew Bailey
Supreme Court Bldg
207 W High St
Jefferson City, MO 65101

Office of the Attorney General
Attn Andrew Bailey
2311 Bloomfield St, Ste 106
Cape Girardeau, MO 63703

Office of the Attorney General
Attn Andrew Bailey
815 Olive St, Ste 200
St Louis, MO 63101

Office of the Attorney General
Attn Andrew Bailey
615 E 13th St, Ste 401
Kansas City, MO 64106

Office of the Attorney General
Attn Anthony G Brown
200 St Paul Pl
Baltimore, MD 21202-2202

Office of the Attorney General
Attn Brenna Bird
Hoover State Office Bldg
1305 E Walnut
Des Moines, IA 50319

Office of the Attorney General
Attn Charity R Clark
109 State St
Montpelier, VT 05609-1001

Office of the Attorney General
Attn Chris Carr
40 Capital Sq SW
Atlanta, GA 30334-1300

Office of the Attorney General
Attn Dan Rayfield
Justice Bldg
1162 Court St NE
Salem, OR 97301

Office of the Attorney General
Attn Dana Nessel
P.O. Box 30212
525 W Ottawa St
Lansing, MI 48909-0212

Office of the Attorney General
Attn Dana Nessel
Cadillac Pl, 10th Fl
3030 W Grand Blvd
Detroit, MI 48202

Office of the Attorney General
Attn Dave Yost
State Office Tower
30 E Broad St
Columbus, OH 43266-0410

Office of the Attorney General
Attn Derek Brown
State Capitol, Rm 236
Salt Lake City, UT 84114-0810

Office of the Attorney General
Attn Gentner Drummond
313 NE 21st St
Oklahoma City, OK 73105

Office of the Attorney General
Attn James Uthmeier
The Capital, PL 01
Tallahassee, FL 32399-1050

Office of the Attorney General
Attn Jason Miyares
202 N 9th St
Richmond, VA 23219

Office of the Attorney General
Attn Jeff Jackson
114 W Edenton St
Raleigh, NC 27603

Office of the Attorney General
Attn John Formella
33 Capitol St
Concord, NH 03301

Office of the Attorney General
Attn Jonathan Skrmetti
P.O. Box 20207
Nashville, TN 37202-0207

Office of the Attorney General
Attn Jonathan Skrmetti
425 5th Ave N
Nashville, TN 37243

Office of the Attorney General
Attn Keith Ellison
State Capital
75 Dr Martin Luther King Jr Blvd, Ste 102
St Paul, MN 55155

Office of the Attorney General
Attn Ken Paxton
Capital Stn
P.O. Box 12548
Austin, TX 78711-2548

Office of the Attorney General
Attn Kris Kobach
120 SW 10th Ave, 2nd Fl
Topeka, KS 66612-1597

Office of the Attorney General
Attn Kris Mayes
2005 N Central Ave
Phoenix, AZ 85004

Office of the Attorney General
Attn Kwame Raoul
James R Thompson Ctr
100 W Randolph St
Chicago, IL 60601

Office of the Attorney General
Attn Letitia A James
Dept of Law
The Capitol, 2nd Fl
Albany, NY 12224

Office of the Attorney General
Attn Liz Murrill
P.O. Box 94095
Baton Rouge, LA 70804-4095

Office of the Attorney General
Attn Lourdes Lynnette Gomez Torres
P.O. Box 9020192
San Juan, PR 00902-0192

Office of the Attorney General
Attn Lynn Fitch
Dept of Justice
P.O. Box 220
Jackson, MS 39205

Office of the Attorney General
Attn Marty Jackley
1302 E Hwy 14, Ste 1
Pierre, SD 57501-8501

Office of the Attorney General
Attn Mathew J Platkin
Richard J Hughes Justice Complex
25 Market St
P.O. Box 080
Trenton, NJ 08625

Office of the Attorney General
Attn Michelle A Henry
Strawberry Sq, 16th Fl
Harrisburg, PA 17120

Office of the Attorney General
Attn Mike Hilgers
State Capitol
P.O. Box 98920
Lincoln, NE 68509-8920

Office of the Attorney General
Attn Nick Brown
1125 Washington St SE
P.O. Box 40100
Olympia, WA 98504-0100

Office of the Attorney General
Attn Patrick Morrisey
State Capitol
1900 Kanawha Blvd E
Charleston, WV 25305

Office of the Attorney General
Attn Peter F Neronha
150 S Main St
Providence, RI 02903

Office of the Attorney General
Attn Phil Weiser
Ralph L Carr Colorado Judicial Ctr
1300 Broadway, 10th Fl
Denver, CO 80203

Office of the Attorney General
Attn RaUl Labrador
700 W Jefferson St, Ste 210
P.O. Box 83720
Boise, ID 83720-1000

Office of the Attorney General
Attn Rembert Dennis
1000 Assembly St, Rm 519
Columbia, SC 29201

Office of the Attorney General
Attn Rob Bonta
1300 I St, Ste 1740
Sacramento, CA 95814

Office of the Attorney General
Attn Russell Coleman
Capitol Bldg
700 Capitol Ave, Ste 118
Frankfort, KY 40601

Office of the Attorney General
Attn Tim Griffin
323 Center St, Ste 200
Little Rock, AR 72201-2610

Office of the Attorney General
Attn Todd Rokita
Indiana Govt Ctr S
302 W Washington St, 5th Fl
Indianapolis, IN 46204

Office of the Attorney General
Attn William Tong
165 Capitol Ave
Hartford, CT 06106

Office of the Attorney General
California Dept of Justice
P.O. Box 944255
Sacramento, CA 94244-2550

Office of the Attorney General
Consumer Law Section
Attn Bankruptcy Notices
455 Golden Gate Ave, Ste 11000
San Francisco, CA 94102-7004

Office of the Attorney General
State of Alabama
Attn Steve Marshall
501 Washington Ave
P.O. Box 300152
Montgomery, AL 36130-0152

Office of the Attorney General
Supreme Court Bldg
P.O. Box 899
Jefferson City, MO 65102

Office of the Attorney General
Walter Sillers Bldg
550 High St, Ste 1200
Jackson, MS 39201

Office of the Attorney General
Wisconsin Dept of Justice
Attn Josh Kaul
State Capital, Rm 114 E
P.O. Box 7857
Madison, WI 53707-7857

Office of the Attorney General of Delaware
Attn Kathy Jennings
Carvel State Office Bldg
820 N French St
Wilmington, DE 19801

Office of the US Trustee
US Dept of Justice
Attn Jonathan W Lipshie, Trial Attorney
J Caleb Boggs Federal Bldg
844 N King St, Rm 2207, Lockbox 35
Wilmington, DE 19801

Ogletree Deakins
Attn William Lawson
7700 Bonhomme Ave, Ste 650
St Louis, MO 63105

Ohio Dept of Taxation
Bankruptcy Div
P.O. Box 530
Columbus, OH 43216-0530

Oklahoma Tax Commission
300 N Broadway Ave
Oklahoma City, OK 73102

Oklahoma Tax Commission
Oklahoma City, OK 73194

Omni Agent Solutions
Attn Kim Steverson
5955 Desoto Ave, Ste 100
Woodland Hills, CA 91367

OnderLaw, LLC
Attn Ryan G Dickherber
110 E Lockwood Ave
St Louis, MO 63119

One Beacon/Bedivere
Attn Kelly Skinner
1880 JFK Blvd, Ste 1701
Philadelphia, PA 19103

Optum Bank
1000 Optum Cir
Eden Prarie, MN 55344

OptumRx
1000 Optum Cir
Eden Prarie, MN 55344

Oregon Board of Pharmacy
800 NE Oregon St Ste 150
Portland, OR 97232

Oregon Dept of Revenue
OR Dept of Revenue
955 Ctr St NE
Salem, OR 97301-2555

Oscar Leonel Moya Rosales Individually
As Appointed Admin of The Est of Dilia Linarez,
Dec
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

Ouafae Harrag, As Administrator For The
Estate of Reda Harrag, Dec
c/o Meirowitz Wasserberg, LLP
1040 6th Ave Ste 12B
New York, NY 10018

Palans Consulting LLC
Address Redacted

Pama Gay Foster, Individually As
admin of the Estate of Richard L Foster, Dec
c/o Maune Raichle Hartley French Mudd, LLC
1165 N Clark St, Ste 302
Chicago, IL 60610

Patricia A Grimes, Individually As
Special Administrator of the Estate of
Gerald R Grimes, Dec
c/o Karst von Oiste, LLP
23923 Gosling Rd, Ste A
Spring, TX 77389

Patrick Mcrell
c/o Maune Raichle Hartley French Mudd, LLC
150 W 30th St, Ste 201
New York, NY 10001

Patrick Mcrell
c/o Shepard O Donnell Law
160 Federal St, 13th Fl
Boston, MA 02110

Paul Hastings
Attn Geoffrey M King
71 S Wacker Dr, 45th Fl
Chicago, IL 60606

Paul Hastings
Attn Justin Rawlins
1999 Ave of the Stars, 26th Fl
Century City, CA 90067

Paul Meyer Geraldine Meyer, His Wife
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Pauline Stott David Stott
c/o Levy Konigsberg, LLP
605 3rd Ave, 33rd Fl
New York, NY 10158

Peak Sales
Attn John Sims
681 Anita Ave
Grosse Pointe Woods, MI 48236

Peggy Joy Gelpi
c/o Maune Raichle Hartley French Mudd, LLC
1165 N Clark St, Ste 302
Chicago, IL 60610

Pemar Distributors, Inc
Avenida Sabana Seca
Carretera 867 Km 16
Bo Sabana Seca
Toa Baja, PR 00949

Pennsylvania Dept of Revenue
BIDM
P.O. BOX 280407
Harrisburg, PA 17128-0407

Pennsylvania Dept of Revenue
Bureau of Business Trust Fund Taxes
P.O. Box 280905
Harrisburg, PA 17128-0905

Performance Health
3333 Finley Rd, Ste 575
Downers Grove, IL 60515

Peter V Uribarri Ana L Uribarri
c/o Maune Raichle Hartley French Mudd, LLC
659 Eagle Rock Ave, Ste 28
W Orange, NJ 07052

Peter V Uribarri Ana L Uribarri
c/o Maune Raichle Hartley French Mudd, LLC
230 S Broad St, Ste 1010
Philadelphia, PA 19102

Petra Britt Marcus Britt As The
Surviving Heirs of Doris Jefferson, Dcsd
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Peyton Sedberry, Individually As Exec
of the Estate of Jacqueline Roland, Dec,
Steven Sedberry, Individually
c/o Simon Greenstone Panatier, PC
1201 Elm St, Ste 3400
Dallas, TX 75270

Phyllis D Jones
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Phyllis Pittman-Lee
c/o The Ferraro Law Firm, PA
600 Brickell Ave, Ste 3800
Miami, FL 33131

PNC Bank
The Tower at PNC Plz
300 5th Ave
Pittsburgh, PA 15222-2401

Potter Anderson Corroon LLP
Attn Jeremy W Ryan/Ethan H Sulik
1313 N Market St, 6th Fl
Wilmington, DE 19801

Price King Wholesale
10 Malcolm Ave, Ste 5
Teterboro, NJ 07608

Price Rite
5000 Riverside Dr
Keasbey, NJ 08832

Principal
711 High St
Des Moines, IA 50392

Pritzker Hageman, Pa
Attn Eric Hageman Tariq Miller
100 University Ave SE
Minneapolis, MN 55414

Proveedora Jiron
1058 NW 22nd St
Miami, FL 33127

Province, LLC
2360 Corporate Cir, Ste 340
Henderson, NV 89074

Province, LLC
Attn Michael Atkinson
2360 Corporate Cir, Ste 340
Henderson, NV 89074

Publix Super Markets Inc
Attn Barbara Dwyer
P.O. Box 32024
Lakeland, FL 33802-2024

Puerto Rico Dept of Treasury
Dept DE Hacienda DE PR
Edificio Intendente RamIrez
10 Paseo Covadonga
Viejo San Juan, PR 00901

Puerto Rico Dept of Treasury
Dept DE Hacienda DE PR
Puerto Rico Dept of Treasury
P.O. Box 9024140
San Juan, PR 00902-4140

Rachel Libell, Indiv As A Spec Admin
The Estate of Nelson S Libell, Jr, Dcsd
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Raines Feldman Littrell, Llp
Attn Ronald W Crouch
11 Stanwix St, Ste 1500
Pittsburgh, PA 15222

Ralphs Grocery Co
1100 W Artesia Blvd
Compton, CA 90220

Randall Burns Cindi Smith
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Raymond Pidge, Indivi As Admin Of
The Estate of Pamela K Pidge, Dec
c/o Weitz Luxenberg, PC
220 Lake Dr E, Ste 210
Cherry Hill, NJ 08002

Rebeca Silva Individually As Successor
In-Interest of the Estate of Silva Perez Chica, Dec
Adrian Silva, Anel Silva, Juan Jose Silva
c/o Simon Greenstone Panatier, PC
3760 Kilroy Airport Way, Ste 680
Long Beach, CA 90806

Rebecca Baker Stephen Baker
c/o Dean Omar Branham Shirley, LLP
1801 N Lamar St, Ste 300
Dallas, TX 75202

Rebecca Brunson
c/o Meirowitz Wasserberg LLP
1722 Main St, Ste 200
Columbia, SC 29201

Rebecca Lumley, Indiv As Spec Admin Of
The Estate of Harry Lumley, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Rebecca S Vinocur, PA
Attn Rebecca S Vinocur
5915 Ponce De Leon Blvd, Ste 14
Coral Gables, FL 33146

Reed Smith LLP
Attn Melissa Geist
P.O. Box 360110
Pittsburgh, PA 15251

Reed Smith, LLP
1001 Brickell Bay Dr, 9th Fl
Miami, FL 33131

Reed Smith, LLP
101 2nd St, Ste 1800
San Francisco, CA 94105

Reed Smith, LLP
101 Second St, Ste 1800
San Francisco, CA 94105

Refugio Vasquez
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

Regions Capital Markets Regions Bank
1900 5th Ave N
Birmingham, AL 35203

Reiner Luzardo
c/o Maune Raichle Hartley French Mudd, LLC
1900 Powell St, Ste 200
Emeryville, CA 94608

Reminger Co, LPA
200 Public Sq, Ste 1200
Cleveland, OH 44114

Reshawnna Jackson, Individually On
behalf of Eri Yon Davis, a Minor Child
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

Reshawnna Jackson, Individually On
behalf of Eri Yon Davis, a Minor Child
c/o McDermott Hickey, LLC
20525 Center Ridge Rd, Ste 200
Rocky River, OH 44113

Reshawnna Jackson, Individually On
behalf of Eri Yon Davis, a Minor Child
6115 Ridge Acres Dr, Unit B
Cincinnati, OH 45237

Resolute Mgmt, Inc
Attn Kyle Lyman behalf of Lexington
100 Summer St
Boston, MA 02110

Responsive Sales Marketing
Attn Paul Parrinello
26 Gristmill Rd
Howell, NJ 07731

Rex Discount Wholesale
3690 NW 62nd St
Miami, FL 33147

Rfx, Llc
100 Commerce Dr
Pittsburgh, PA 15275

Rhode Island Div of Taxation
Attn Excise Tax Section
RI Div of Taxation
1 Capitol Hill
Providence, RI 02908-5800

Rich Koulouris
Address Redacted

Rich Koulouris
Address Redacted

Rich Panettieri, LLC
dba Par Enterprises
2042 County Club Dr
Doylestown, PA 18901

Richard Reiter, Individually As Spec
Admin of The Estate of Sherry Reiter
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Richard Stafford Monica Stafford
c/o Cooney Conway
120 N LaSalle St, 30th Fl
Chicago, IL 60602

Ricky Olson, Individually As Trustee
for the next-of-kin of Sherri Olson, Dec
c/o Karst von Oiste, LLP
23923 Gosling Rd, Ste A
Spring, TX 77389

Ricky Olson, Individually As Trustee
for the next-of-kin of Sherri Olson, Dec
c/o Flint Cooper Cohn Thompson Miracle, LLC
222 E Park St, Ste 500
Edwardsville, IL 62025

Rita Podber Howard Podber
c/o Maune Raichle Hartley French Mudd, LLC
777 S Harbour Island Blvd, Ste 310
Tampa, FL 33602

Rite Aid Corp
1200 Intrepid Ave, 2nd Fl
Philadelphia, PA 19112

Riverstone Claims Mgmt WM000115382
Attn Carrie Strasser
250 Commercial St, Ste 5000
Manchester, NH 03101

RJ Lee
800 Presque Isle Dr
Pittsburgh, PA 15239

Rob Eickhoff
Address Redacted

Robert G Wilkins, Sr Judy A Wilkins
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Robert Nelson
c/o Maune Raichle Hartley French Mudd, LLC
1015 Locust St, Ste 1200
St Louis, MO 63101

Robert W Koschik Evelyn Koschik
c/o Goldberg, Persky White, PC
281 Three Springs Dr, Ste 285
Weirton, WV 26062

Robert W Koschik Evelyn Koschik
c/o Goldberg, Persky White, PC
11 Stanwix St, Ste 1800
Pittsburgh, PA 15222

Robert Wright
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Roberto Vera
c/o Meirowitz Wasserberg, LLP
95 3rd St, 2nd Fl
San Francisco, CA 94103

Romar Trading
Schotlandstraat 71
Oranjestad
Aruba

Ronald Scott Bolin, Indiv Spec Admin
Of The Estate of Ronnie G Bolin, Dcsd
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Rosalba Gil
c/o Bailey Cowan Heckaman, PLLC
1360 Post Oak Blvd, Ste 2300
Houston, TX 77056

Rosalba Gil
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Rosalind Willard Samuel Willard
c/o Simon Greenstone Panatier, PC
Bank of America Plz
901 Main St, Ste 5900
Dallas, TX 75202

Rosalind Willard Samuel Willard
Gettys Law Group APLC
9191 Siegen Ln, Bldg 7
Baton Rouge, LA 70810

Rosemarie Lowell Bruce Lowell
c/o Frost Law Firm
273 W 7th St
San Pedro, CA 90731

Royal Sun Alliance
Attn Scott Cornwell
3600 Arco Corporate Dr
Charlotte, NC 28273

Royal Ins Co
Attn Scott Cornwell
3600 Arco Corporate Dr
Charlotte, NC 28273

Rsui Indemnity Co
945 E Paces Ferry Rd NE, Ste 1800
Atlanta, GA 30326

Ruby Eileen Knight
c/o Waters Kraus Paul Siegel, LLP
11601 Wilshire Blvd, Ste 1900
Los Angeles, CA 90025

Russell G Rodriguez Gina Lindow
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Ryan D Scott Sarah S Scott
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Safety Mutual Casualty Co
Attn Kyle Lyman
1832 Schuetz Rd
St Louis, MO 63146

Safeway Albertsons
MS 10501
P.O. Box 29093
Phoenix, AZ 85038

Safeway Inc
Attn Jennifer Iglesic
5918 Stoneridge Mall Rd
Pleasanton, CA 94588-3229

Sandra E Mann
c/o Meirowitz Wasserberg, LLP
1040 6th Ave, 10th Fl
New York, NY 10018

Sandra E Mann
c/o Menges Law, LLC
6400 W Main St, Ste 1G
Belleville, IL 62223

Sandra M Campbell
c/o Weitz Luxenberg, PC
700 Broadway
New York, NY 10003

Sandra, Ryan Matthew Butchart
as the Surv Heirs of Thomas Butchart, Dec
c/o Simmons Hanly Conroy, LLP
231 S Bemiston Ave, Ste 525
St Louis, MO 63105

Sara A Carr, Individually As Independ
administrator of the Estate of Leslie X Carr, Dec
c/o Meirowitz Wasserberg, LLP
33 N LaSalle St, Ste 1150
Chicago, IL 60602

Sarah J Schoff, As Special Admin For
The Est of Orlando A Armstrong, Dec
c/o Maune Raichle Hartley French Mudd, LLC
1015 Locust St, Ste 1200
St Louis, MO 63101

Save-A-Lot
400 NW Plaza Dr
St Ann, MO 63074

Save-A-Lot
400 NW Plz Dr
St Ann, MO 63074

Schroeter Goldmark Bender
Attn Colin B Mieling, Kaitlin T Cherf
Attn Craig A Sims
401 Union St, Ste 3400
Seattle, WA 98101

Schroeter Goldmark Bender
Attn Colin B Mieling, Kaitlin T Cherf, Craig A
Sims
401 Union St, Ste 3400
Seattle, WA 98101

Scott Cunningham Lisa Cunningham
c/o Maune Raichle Hartley French Mudd, LLC
1165 N Clark St, Ste 302
Chicago, IL 60610

Scott Mekus
Address Redacted

SDP Sales
Attn Chisum Whorton
3245 Francisco Bay Dr
Kerens, TX 75144

Sean Culp
c/o Karst von Oiste, LLP
23923 Gosling Rd, Ste A
Spring, TX 77389

Sean Culp
c/o OnderLaw, LLC
110 E Lockwood Ave
St Louis, MO 63119

Secretary of State
Division of Corps
Franchise Tax
P.O. Box 898
Dover, DE 19903

Securities Exchange Commission
100 F St NE
Washington, DC 20549

Securities Exchange Commission
Attn Antonia Apps, Regional Director
100 Pearl St, Ste 20-100
New York, NY 10004-2616

Sentry Ins
Attn Sandra Studinski
1800 N Pt Dr
Stevens Pt, WI 54481

Sentry Security
9021 Riverview Dr
St Louis, MO 63137

Shaheen Gordon, Pa
Anthony Carr
353 Central Ave, Ste 200
Dover, NH 03820

Shaheen Gordon, PA
Attn Anthony Carr
353 Central Ave, Ste 200
Dover, NH 03820

Shannon R Tomey Douglas J Tomey
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Shapiro Sternlieb, LLC
Attn Gary S Shapiro
176 US Rte 9, Ste 303
Englishtown, NJ 07726

Shaw s
750 W Center St
W Bridgewater, MA 02379

Shaw s
750 W Ctr St
W Bridgewater, MA 02379

Sheila Leger Individually As Surviving
Heir of The Estate of Thomas Leger
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Shein Law Center
Attn Benjamin P Shein
121 S Broad St, 21st Fl
Philadelphia, PA 19107-4533

Shein Law Center
Benjamin P Shein
121 S Broad St, 21st Fl
Philadelphia, PA 19107-4533

Shepard O Donnell Law
Attn Michael Shepard, Erika A O Donnell
Attn Michael J McCann, Kelsey McCandless
160 Federal St, 13th Fl
Boston, MA 02110

Sherra Sewell, As Personal Rep of The
Estate of Peggy J Hendrick Deierhoi Dcsd
c/o The Ferraro Law Firm, PA
600 Brickell Ave, Ste 3800
Miami, FL 33131

Sherrie A Small, Indiv As, Indpt Exec
Of The Estate of Deanna L Small, Dcsd
c/o Weitz Luxenberg, PC
220 Lake Dr E, Ste 210
Cherry Hill, NJ 08002

Shirley E Cordero Domingo Cordero
c/o Maune Raichle Hartley French Mudd, LLC
6101 W Centinela Ave, Ste 340
Culver City, CA 90230

Shonda G Nelson Charlie Nelson
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Shook Hardy Bacon
Attn John Johnson
1800 K St NW, Ste 1000
Washington, DC 20006

ShopRite Wakefern
5000 Riverside Dr
Keasbey, NJ 08832

Shrader Associates LLP
Attn Allyson M Romani, Matthew B McLeod
3 Professional Park Dr, Ste A
Maryville, IL 62062

Sidley Austin LLP
Attn Thomas Califano
P.O. Box 642
Chicago, IL 60690

Sieben Polk, PA
Attn Chad C Alexander, Michael R Strom
Attn Benjamin E Alberty
2600 Eagan Woods Drive, Ste 50
Eagan, MN 55121-1170

Sieben Polk, PA
Attn Chad C Alexander, Michael R Strom
Attn Benjamin E Alberty
2600 Eagan Woods Dr, Ste 50
Eagan, MN 55121-1170

Simmons Hanly Conroy Llp
Andrew Murrie, Taylor L Kerns, Kenneth P
Danzinger
231 S Bemiston Ave, Ste 525
St Louis, MO 63105

Simmons Hanly Conroy LLP
Attn Andrew Murrie, Taylor L Kerns
Attn Kenneth P Danzinger
231 S Bemiston Ave, Ste 525
St Louis, MO 63105

Simon Greenstone Panatier, PC
Attn Brendan J Tully
420 Lexington Ave, Ste 2848
New York, NY 10170

Simon Greenstone Panatier, Pc
Attn Brendan J Tully, Erica L Falkner
Attn Stuart Purdy
420 Lexington Ave, Ste 2848
New York, NY 10170

Simon Greenstone Panatier, PC
Attn Brendan J Tully, Erica L Falkner
Attn Stuart Purdy
3760 Kilroy Airport Way Ste 680
Long Beach, CA 90806

Sophia Tidwell, As Proposed Rep
Of The Est of David J Stogden, Dec
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

South Carolina Dept of Revenue SCDOR
Office of General Counsel
300A Outlet Pointe Blvd
Columbia, SC 29210

South Dakota Dept of Revenue
Anderson Bldg, Mail Code 5055
445 E Capitol Ave
Pierre, SD 57501-3100

Spartannash
850 76th St SW
Byron Ctr, MI 49315

SPFM LP
dba Tiendas Sindicales
Zaragoza No 3538
Col Juarez
Nuevo Laredo, Tamaulipas 88000
Mexico

Spire
1531 E Bradford Pkwy, Ste 200
Springfield, MO 65804-6564

Spirit Group
Attn Craig Lusker
14003 Pawnee Ln
Leawood, KS 66224

St Paul Fire Marine Ins Co
Attn Kristin Crawford
385 Washington St
St Paul, MN 55102

St Paul Fire Marine Ins Co
Attn Kristin Crawford
220 Lake Dr E, Ste 210
Cherry Hill, NJ 08002

St Paul Surplus Lines Ins Co
Attn Kristin Crawford
280 E 96th St, Ste 100
Indianapolis, IN 46240

Stacey Pickel, Individually On Behalf
of Jess Raymond Pickel, Dec
c/o Gianaris Trial Lawyers, LLC
1 Desing Mesa
Collinsville, IL 62234

Starr Indemnity Liability Co
399 Park Ave, 2nd 3rd Fls
New York, NY 10022

Stater Bros
301 S Tippecanoe Ave
San Bernardino, CA 92408

Stefhanie Ross, As Personal Rep
of the Estate of Carlos B Cayaba
c/o Vinson Law, PA
5505 W Gray St
Tampa, FL 33609

Stefhanie Ross, As Personal Rep
of the Estate of Carlos B Cayaba
c/o Harty Jewell, PLLC
6515 George Washington Mem Hwy, Ste 205
Yorktown, VA 23692

Stephanie Pelley
c/o Dean Omar Branham Shirley, LLP
1801 N Lamar St, Ste 300
Dallas, TX 75202

Stephanie Pelley
c/o Shaheen Gordon, PA
353 Central Ave, Ste 200
Dover, NH 03820

Stephanie Smith As Proposed Admin
of the Estate of Stephen Smith, Dec
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

Stephanie Wasbotten
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Stephen Schwallie
Address Redacted

Steven Block Melanie Block
c/o Menges Law, LLC
6400 W Main St, Ste 1G
Belleville, IL 62223

Steven H Goodman Patricia B Goodman
c/o Maune Raichle Hartley French Mudd, LLC
659 Eagle Rock Ave, Ste 28
W Orange, NJ 07052

Steven H Goodman Patricia B Goodman
c/o Maune Raichle Hartley French Mudd, LLC
230 S Broad St, Ste 1010
Philadelphia, PA 19102

Steven J Young Ellen F Young
c/o Maune Raichle Hartley French Mudd, LLC
1900 Powell St, Ste 200
Emeryville, CA 94608

Steven Kelly, Indivi As Successor In
interest to Anne E Kelly, Dec, Rose Pann
Florinda LaChapelle, Gloria Shanafelt, Ramona
Schreuder
c/o Maune Raichle Hartley French Mudd, LLC
6101 W Centinela Ave, Ste 340
Culver City, CA 90230

Stop Shop
1385 Hancock St
Quincy, MA 02169

Supervalu, Inc
11840 Valley View Rd
Eden Prairie, MN 55344

Susan Blackburn, Individually As
Anticipated Rep of the Est of Forrest
Blackburn, Dec, on behalf of the Wrongful Death
Heirs
c/o Simon Greenstone Panatier, PC
901 Main St, Ste 5900
Dallas, TX 75202

Susan W Berris Bruce C Berris
c/o Maune Raichle Hartley French Mudd, LLC
1900 Powell St, Ste 200
Emeryville, CA 94608

SWMW Law, LLC
Attn Benjamin R Schmickle
Attn Matthew C Morris
701 Market St, Ste 1000
St Louis, MO 63101

Swmw Law, Llc
Benjamin R Schmickle, Matthew C Morris
701 Market St, Ste 1000
St Louis, MO 63101

Sylvia Stratford, Individually As
Personal Representative of the
Estate of Eva Stratford, Dec
c/o Simon Greenstone Panatier, PC
420 Lexington Ave, Ste 2848
New York, NY 10170

Sylvia Stratford, Individually As
Personal Representative of the
Estate of Eva Stratford, Dec
c/o McDermott Hickey, LLC
20525 Center Ridge Rd, Ste 200
Rocky River, OH 44113

Szaferman
101 Grovers Mill Rd, Ste 200
Lawrenceville, NJ 08648

Tania Quinones
c/o Weitz Luxenberg, PC
700 Broadway
New York, NY 10003

Tara Hillman, Indiv As Spec Admin Of
The Estate of Sandra Hillman, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Target
1000 Nicollet Mall
Minneapolis, MN 55403

Taylor Lackie, Personal Rep
Of The Estate of Beverly Sharpe
c/o Maune Raichle Hartley French Mudd, LLC
777 S Harbour Island Blvd, Ste 310
Tampa, FL 33602

TCM Sales Marketing
Attn Philip Thompson
12424 E Weaver Pl, Ste C
Centennial, CO 80111

TCW Asset Mgmt Co LLC
515 S Flower St
Los Angeles, CA 90071

Tennessee Dept of Revenue
Andrew Jackson Bldg
500 Deaderick St
Nashville, TN 37242

Tennessee Dept of Revenue
Audit Div - Discovery Unit
P.O. Box 190644
Nashville, TN 37219

Teras Williams
c/o Simon Greenstone Panatier, PC
1201 Elm St, Ste 3400
Dallas, TX 75270

Teri L Walston, Indiv As Personal Rep
of the Est of John Dale Walston, Dec as next friend of
JHQW JWPW, minor children, John Walston Jr, Phillip Walston
c/o Simon Greenstone Panatier, PC
1201 Elm St, Ste 3400
Dallas, TX 75270

Terrie Whobrey, Indiv As The Spec
Admin of The Estate of Sarah Whobrey
c/o The Early Law Firm, LLC
122 E 42nd St, Ste 4700
New York, NY 10168

Texas Comptroller of Public Accounts
P.O. Box 13528
Capitol Station
Austin, TX 78711-3528

The Early Law Firm, LLC
Attn Brian F Early
122 E 42nd St, Ste 4700
New York, NY 10168

The Early Law Firm, Llc
Brian F Early
122 E 42nd St, Ste 4700
New York, NY 10168

The Ferraro Law Firm, PA
Attn Marc P Kunen, Andrew J Ferraro
Attn Kevin W Paul
600 Brickell Ave, Ste 3800
Miami, FL 33131

The Ferraro Law Firm, Pa
Attn Marc P Kunen, Andrew J Ferraro, Kevin W Paul
600 Brickell Ave, Ste 3800
Miami, FL 33131

The Gori Law Firm
5770 Mexico Rd, Ste A
St Peters, MO 63376

The Gori Law Firm
Attn Jason Steinmeyer, Erin Beavers
5770 Mexico Rd, Ste A
St Peters, MO 63376

The Law Office of Worthington Caron PC
Attn John M Caron
273 W 7th St
San Pedro, CA 90731

The Law Offices of Kapusta Schweers, LLC
Attn Cori J Kapusta
445 Ft Pitt Blvd, Ste 500
Pittsburgh, PA 15219

The Mcintyre Group
Attn Anthony McIntyre, Adrian Miles
Woodland Falls, Corporate Park
210 Lake Dr E, Ste 104
Cherry Hill, NJ 08002

The Miller Firm, LLC
Attn Michael J Miller
The Sherman Bldg
108 Railroad Ave
Orange, VA 22960

The Miller Firm, Llc Michael J Miller
Attn The Sherman Building
108 Railroad Ave
Orange, VA 22960

The North River Ins Co
Attn Gerrianne Welsch-Vorhies
305 Madison Ave
Morristown, NJ 07960

The Ohio Casualty Group of Ins Companies
Attn Kyle Lyman
100 Liberty Way
Dover, NH 03821

The Travelers Indemnity Co of Illinois
Attn Kristin Crawford
1 Tower Sq
Hartford, CT 06183

Thomas Hellwig, As Personal Rep
of the Estate of Lisa May
c/o The Ferraro Law Firm, PA
600 Brickell Ave, Ste 3800
Miami, FL 33131

Thomas J Papalia Dorothy Papalia
c/o Weitz Luxenberg, PC
700 Broadway
New York, NY 10003

Thomas Pitta, As Trustee Of
The Rad Sub-Trust A
c/o ASK LLP
2600 Eagen Woods Dr, Ste 400
St Paul, MN 55121

Thomas Virant Malia Virant
c/o Maune Raichle Hartley French Mudd, LLC
1015 Locust St, Ste 1200
St Louis, MO 63101

Thompson Coburn LLP
Attn Erick E VanDorn, Erik P Lewis
525 W Main St, Ste 300
Belleville, IL 62220

Thompson Coburn LLP
Attn Erick Vandorn
525 W Main St, Ste 300
Belleville, IL 62220

Thornton Law Firm LLP
Attn Andrea M Landry, Leslie-Anne Taylor
84 State St, 4th Fl
Boston, MA 02109

Tien Dat Mai, Individually As Spec
Admin of The Estate of Binh Mai, Dcsd
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

TIG Ins Group
Attn Carrie Strasser
250 Commercial St, Ste 5000
Manchester, NH 03101

Timothy Jacobs, Indiv As Surviving
Heir of The Estate of Wilma Jacobs, Dcsd
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Timothy M Schulze Jr
Jennifer A Zeilman Schulze
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Timothy Minger Agnes Aldana
c/o Meirowitz Wasserberg, LLP
55 W Monroe St, Ste 3600
Chicago, IL 60603

Tina M Pennuto, Personal Representative
of the Estate of James G Pennuto, Jr
c/o Maune Raichle Hartley French Mudd, LLC
777 S Harbour Island Blvd, Ste 310
Tampa, FL 33602

Tina Scoble As Personal Representative
of the Estate of Lura Davis, Dec
c/o DOBS Farinas, LLP
951 N Delaware St
Indianapolis, IN 46202

Top Brands For Less
18 Commerce Rd, Unit L
Fairfield, NJ 07004

Topco Associates, Inc
Attn Dennis Dangerfield
7711 Gross Pt Rd
Skokie, IL 60077

Transverse Specialty Ins Co
15 Independence Blvd, Ste 430
Warren, NJ 07059

Travelers
Attn Kristin Crawford
280 E 96th St, Ste 100
Indianapolis, IN 46240

Travelers Property
Casualty Co of America
280 E 96th St, Ste 100
Indianapolis, IN 46240

Trenice R Gibbs
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Tri-Star Marketing, Inc
Attn Lee Edgerley
1002B S Church Ave, Unit 320262
Tampa, FL 33629-9998

Trisura Speciality Ins Co
210 Park Ave, Ste 1300
Oklahoma City, OK 73102

TSN Inc Mc Lane
4747 McLane Pkwy
Temple, TX 76504

Turn180, LLC
Attn Michael Buenzow
110 E Broward Blvd, Ste 1700
Ft Lauderdale, FL 33301

Twin City Fire Ins Co
Attn Roxanne Lumsden
690 Asylum Ave
Hartford, CT 06155

Umadatt Kaloo Liloutie Kaloo
c/o Meirowitz Wasserberg, LLP
1040 6th Ave 10th Fl
New York, NY 10018

United Hardware Distributing
5005 Nathan Ln
Plymouth, MN 55442

United Health Care
185 Asylum St
Hartford, CT 06103

United States Fire Ins Co
Attn Gerrianne Welsch-Vorhies
250 Commercial St, Ste 5000
Manchester, NH 03101

Unum
1 Fountain Sq
Chattanooga, TN 37402

Uplift Brands, LLC
8800 Page Ave
St Louis, MO 63114

US Attorney, District of Delaware
Attn Benjamin L Wallace
1313 N Market St
P.O. Box 2046
Wilmington, DE 19801

Utah State Tax Commission
UT State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134

Valerie Lester, Indiv As Spec Admin Of
The Estate of Whitney Lester, Dec
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Vallen Dist Inc Hagemeyer
2100 The Oaks Pkwy
Belmont, NC 28012

Vallen Dist Inc IDG
2100 The Oaks Pkwy
Belmont, NC 28012

Valu Merchandisers
5000 KS Ave
Kansas City, KS 66106

Vandana Manglik, Individually As Admin
of The Estate of Raj Manglik, Deceased
c/o Meirowitz Wasserberg, LLP
1040 6th Ave, 10th Fl
New York, NY 10018

Vermont Dept of Taxes
133 State St, 1st Fl
Montpelier, VT 05633-1401

Vermont Dept of Taxes
Attn Compliance
P.O. Box 429
Montpelier, VT 05601-0429

Vernon Sales Inc
2788 E Vernon Ave
Vernon, CA 90058

Veronica A Bevacqua, As Rep
of the Heirs Est of Pablo Juan Sergi Alvarez Lener,
Dec
Olga Bevacqua, his widow
c/o Karst von Oiste, LLP
23923 Gosling Rd, Ste A
Spring, TX 77389

Veronica Pritchett Powell, Indiv Spec
Admin of The Estate of Ernest Hayes Dcsd
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

VH Group, LLC fka Vh Finance, LLC
8800 Page Ave
St Louis, MO 63114

VH Investment Group, LLC
8800 Page Ave
St Louis, MO 63114

Vicky Wurster, Indiv As Spec Admin Of
The Estate of Dale A Wurster, Dec
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Vinson Law, PA
Attn Melanie K Impastato, Mark Alonzo
5505 W Gray St
Tampa, FL 33609

Virginia Dept of Taxation
P.O. Box 26627
Richmond, VA 23261-6627

Virginia Dept of Taxation
VA Tax Bankruptcy
P.O. Box 2156
Richmond, VA 23218-2156

Virginia West, Individually As Spec
Admin of The Estate of James West
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

Vivos Holdings, LLC
8800 Page Ave
St Louis, MO 63114

Vogelzang Law, PC
Attn Christian Luciano Santiago
Attn Lorrette Fisher
401 N Michigan Ave, Ste 350
Chicago, IL 60611

Vogelzang Law, Pc
Attn Christian Luciano Santiago, Lorrette Fisher
401 N Michigan Ave, Ste 350
Chicago, IL 60611

Vons Albertsons
MS 10501
P.O. Box 29093
Phoenix, AZ 85038

Wakefern Shoprite
5000 Riverside Dr
Keasbey, NJ 08832

Walgreen Co
108 Wilmot Rd Ms 2002
Deerfield, IL 60015

Walgreen Co
108 Wilmot Rd, MS 2002
Deerfield, IL 60015

Wal-Mart Stores Inc
Attn Don Nguyen, James Dobbins
702 SW 8th St
Bentonville, AR 72716

Wal-Mart Stores Inc
Attn Don Nguyen, James Dobbins
Attn Caroline Clarke
702 SW 8th St
Bentonville, AR 72716

Washington Dept of Revenue
Attn Bankruptcy Unit
3315 S 23rd St, Ste 300
Tacoma, WA 98405

Washington State Dept of Revenue
Attn Bankruptcy Unit
3315 S 23rd St, Ste 300
Tacoma, WA 98405

Washington State Dept of Revenue
Taxpayer Account Administration
P.O. Box 47476
Olympia, WA 98504-7476

Waters Kraus Paul Siegel
Attn Kimberly Rosales, Patrick J Wigle
3141 Hood St, Ste 700
Dallas, TX 75219

Weinstein Caggiano PLLC
Attn Brian D Weinstein, Alexandra B Caggiano
600 University St, Ste 1620
Seattle, WA 98101

Weinstein Caggiano Pllc
Brian D Weinstein, Alexandra B Caggiano
600 University St, Ste 1620
Seattle, WA 98101

Weis Markets
1000 S 2nd St
Sunbury, PA 17801

Weitz Luxenberg, PC
Attn Jeffrey Kanca, Matthew Grubman
Attn Erin M Boyle, Ilya Kharkoverr
700 Broadway
New York, NY 10003

Wells Fargo Equipment Finance, Inc
P.O. Box 856941
Minneapolis, MN 55485-6941

West Virginia Tax Div
Taxpayer Svcs
P.O. Box 3784
Charleston, WV 25337-3784

West Virginia Tax Div
WV Dept of Tax Revenue
Bankruptcy Unit
P.O. Box 766
Charleston, WV 25323-0766

Wiggins, Childs, Pantazis, Fisher Goldfarb, LLC
Attn Jon Goldfarb, L William Smith, Christina
Malmat
The Kress Bld
30119th St N
Birmingham, AL 35203

Wilkins Geddes Beaudet, Inc
Attn Chris Beaudet
10 Huron Dr
Natick, MA 01760

William A Taylor Iii Kelly A Taylor
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

William C Badger
c/o Weitz Luxenberg, PC
700 Broadway
New York, NY 10003

William J Brenda K Pulvermacher
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

William Miles
c/o SWMW Law, LLC
701 Market St, Ste 1000
St Louis, MO 63101

William T Walukonis Gail G Walukonis
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Willkie Farr Gallagher LLP
Attn Shelley C Chapman, Jamie Eisen
BNP Paribas
787 7th Ave
New York, NY 10019-6099

Willkie Farr Gallagher LLP
Attn Shelley Chapman
BNP Paribas
787 7th Ave
New York, NY 10019

Wilmer Cutler Pickering Hale and Dorr LLP
Attn Isley M Gostin
2100 Pennsylvania Ave Nw
Washington, DC 20037

Wilmer Cutler Pickering Hale and Dorr LLP
Attn Philip D Anker/Christopher Bouchoux
Attn Austin M Chavez
7 World Trade Ctr
250 Greenwich St
New York, NY 10007

Winco Foods
650 N Armstrong Pl
Boise, ID 83704

Winn-Dixie
5050 Edgewood CT
Jacksonville, FL 32254

Wisconsin Dept of Revenue
P.O. Box 8901
Madison, WI 53708-8901

Wisconsin Dept of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901

XL Ins America
Attn Susan Tetro
200 Liberty St, 21st Fl
New York, NY 10281

XL Ins America, Inc
Attn Susan Tetro
677 Washington Blvd, 10th Fl, Ste 1000
Stamford, CT 06901

Yolanda M Ramirez, Indiv As Spec Admin
Of The Estate of Rodolfo Ramirez, Dcsd
c/o The Gori Law Firm
156 N Main St
Edwardsville, IL 62025

Youxiang Liu
c/o Meirowitz Wasserberg, LLP
1040 6th Ave Ste 12B
New York, NY 10018

Youxiang Liu
c/o Menges Law, LLC
6400 W Main St, Ste 1G
Belleville, IL 62223

Zinns Law, LLC
Attn Sharon J Zinns
4243 Dunwoody Club Dr, Ste 104
Atlanta, GA 30350

Zinns Law, LLC
Attn Sharon J Zinns
4243 Dunwoody Club Drive, Ste 104
Atlanta, GA 30350