**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| VI-JON, LLC,[1] | Case No. 26-11216 (MFW) |
| Debtor. | **Re: Docket No. 141** |

**NOTICE OF FILING OF PLAN SUPPLEMENT FOR THE CHAPTER 11 PLAN OF REORGANIZATION OF VI-JON, LLC**

**PLEASE TAKE NOTICE** that, as contemplated by the *Chapter 11 Plan of Reorganization of Vi-Jon, LLC* [Docket No. 141] (as amended, modified, or supplemented from time to time, and including all exhibits and supplements thereto, the "Plan"),[2] Vi-Jon, LLC, as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), hereby files this plan supplement (as may be amended, modified, or supplemented from time to time, the "Plan Supplement") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Plan Supplement are integral to, part of, and incorporated by reference into the Plan. The documents contained in the Plan Supplement have not yet been approved by the Court. If the Plan is confirmed by the Court, the documents contained in the Plan Supplement will be approved by the Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement contains the following exhibit, as may be further amended, modified, or supplemented from time to time, as set forth below:

[1] The Debtor in this chapter 11 case is Vi-Jon, LLC. The last four digits of the Debtor's federal tax identification number are 8002. The Debtor's service address is 8800 Page Ave., St. Louis, MO 63114.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

| Exhibit | Document |
|---|---|
| A | Schedule of Excluded Policies |

**PLEASE TAKE FURTHER NOTICE** that the Debtor intends to file additional Plan Supplement documents in advance of the Combined Hearing in accordance with the terms of the Plan. The documents contained in the Plan Supplement remain subject to continuing negotiations and the final versions may contain material differences from the versions filed herewith. The Debtor reserves all rights to amend, modify, or supplement the Plan Supplement and any of the documents contained therein in accordance with the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the documents included in the Plan Supplement, the Plan, and any other documents filed in the Debtor's chapter 11 case may be obtained free of charge by visiting the website maintained by the Debtor's administrative agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/Vi-Jon. You may also obtain copies of any documents filed in the Debtor's chapter 11 case for a fee via PACER at https://www.deb.uscourts.gov.

[*Remainder of page intentionally left blank*]

Dated: September 23, 2026
Wilmington, Delaware

*/s/ Jason S. Levin*

**MORRIS JAMES LLP**
Eric J. Monzo (DE Bar No. 5214)
Jason S. Levin (DE Bar No. 6434)
Samantha L. Rodriguez (DE Bar No. 7524)
3205 Avenue North Boulevard, Suite 100
Wilmington, Delaware 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
jlevin@morrisjames.com
srodriguez@morrisjames.com

*Co-Counsel to the Debtor and Debtor in Possession*

**SIDLEY AUSTIN LLP**
Thomas R. Califano (admitted *pro hac vice*)
William E. Curtin (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: tom.califano@sidley.com
wcurtin@sidley.com
anne.wallice@sidley.com

*Co-Counsel to the Debtor and Debtor in Possession*