# Exhibit A

## Schedule of Excluded Policies

**Schedule of Excluded Policies**[1]

| Policy Period | Insurer | Policy Type | Policy No. |
|---|---|---|---|
| 11/1/2016 – 11/1/2017 | Everest National Insurance Company | General | RC8GL00001161 |
| 11/1/2016 – 11/1/2017 | Continental Casualty Company | Umbrella | CUE 5085492457 |
| 11/1/2016 – 11/1/2017 | The North River Insurance Company | Excess | 5228001675 |
| 11/1/2017 – 11/1/2018 | Everest National Insurance Company | General | CC8GL00001171 |
| 11/1/2017 – 11/1/2018 | The Continental Insurance Company | Umbrella | CUE 5085492457 |
| 11/1/2017 – 11/1/2018 | The North River Insurance Company | Excess | 5228033148 |
| 11/1/2018 – 11/1/2019 | Everest National Insurance Company | General | CC8GL00001181 |
| 11/1/2018 – 11/1/2019 | The Continental Insurance Company | Umbrella | CUE 5085492457 |
| 11/1/2018 – 11/1/2019 | XL Insurance America, Inc. | Excess | US00087132LI18A |
| 11/1/2019 – 11/1/2020 | Markel American Insurance Company | General | MKLM6MMP1000126 |
| 11/1/2019 – 11/1/2020 | The Continental Insurance Company | Umbrella | CUE 5085492457 |
| 11/1/2019 – 11/1/2020 | XL Insurance America, Inc. | Excess | US00087132LI19A |
| 11/1/2020 – 11/1/2021 | Starr Indemnity & Liability Company | General | 1000100156201 |
| 11/1/2020 – 11/1/2021 | Starr Indemnity & Liability Company | Lead Excess | 1000589668201 |
| 11/1/2020 – 11/1/2021 | Great American E&S Insurance Company | Excess | XS E621530 |
| 11/1/2020 – 11/1/2021 | The Ohio Casualty Insurance Company | Excess | ECO 21 62115016 |

[1] Pursuant to the distributions set forth in the *Chapter 11 Plan of Reorganization of Vi-Jon, LLC* (as may be amended, modified, or supplemented, the "Plan"), the policies listed on this Schedule constitute excluded policies, are not Talc Insurance Policies for any purpose under the Plan, and are not being assigned to the Talc Personal Injury Trust, in accordance with Art. III.H of the Plan. The Debtor reserves the right to amend, modify, or supplement this Schedule, including to add or remove policies, at any time through the Effective Date in accordance with Art. I.A.134 of the Plan and subject to the consent rights set forth therein. Neither the inclusion nor the omission of any policy constitutes an admission or determination by the Debtor, the Talc Personal Injury Trust, or any other party as to the existence, validity, scope, or enforceability of any exclusion or other policy term, or as to the availability of coverage for any Claim. Nothing herein modifies any policy or waives any right, claim, or defense of any party, all of which are reserved.

| Policy Period | Insurer | Policy Type | Policy No. |
|---|---|---|---|
| 11/1/2020 – 11/1/2021 | Lexington Insurance Company | Excess | 080878052 |
| 11/1/2020 – 11/1/2021 | RSUI Indemnity Company | Excess | NHA091981 |
| 11/1/2020 – 11/1/2021 | RSUI Indemnity Company | Excess | NHA092045 |
| 11/1/2021 – 11/1/2022 | Starr Indemnity & Liability Company | General | 1000100156211 |
| 11/1/2021 – 11/1/2022 | Starr Indemnity & Liability Company | Lead Excess | 1000589668211 |
| 11/1/2021 – 11/1/2022 | Navigators Insurance Company | Excess | CH21EXRZ09HTHIV |
| 11/1/2021 – 11/1/2022 | The Ohio Casualty Insurance Company | Excess | ECO (22) 62115016 |
| 11/1/2021 – 11/1/2022 | Great American E&S Insurance Company | Excess | XS E7828883 |
| 11/1/2022 – 11/1/2023 | Starr Indemnity & Liability Company | General | 1000100156221 |
| 11/1/2022 – 11/1/2023 | Starr Indemnity & Liability Company | Lead Excess | 1000589668221 |
| 11/1/2022 – 11/1/2023 | XL Insurance America, Inc. | Excess | US00122328LI22A |
| 11/1/2022 – 11/1/2023 | Navigators Insurance Company | Excess | CH22EXRZ09HTHIV |
| 11/1/2023 – 11/1/2024 | Starr Indemnity & Liability Company | General | 1000100156231 |
| 11/1/2023 – 11/1/2024 | Starr Indemnity & Liability Company | Lead Excess | 1000589668231 |
| 11/1/2023 – 11/1/2024 | Navigators Insurance Company | Excess | CH23EXRZ09HTHIV |
| 11/1/2023 – 11/1/2024 | XL Insurance America, Inc. | Excess | US00122328LI23A |
| 11/1/2024 – 11/1/2025 | Starr Indemnity & Liability Company | General | 1000100156241 |
| 11/1/2024 – 11/1/2025 | Starr Indemnity & Liability Company | Lead Excess | 1000589668241 |
| 11/1/2024 – 11/1/2025 | Navigators Insurance Company | Excess | CH24EXRZ09HTHIV |
| 11/1/2024 – 11/1/2025 | XL Insurance America, Inc. | Excess | US00122328LI24A |
| 11/1/2024 – 11/1/2025 | Aspen American Insurance Company | Excess | CX012MX24 |
| 11/1/2025 – 11/1/2026 | Starr Indemnity & Liability Company | General | 1000100156251 |
| 11/1/2025 – 11/1/2026 | Starr Indemnity & Liability Company | Lead Excess | 1000589668251 |
| 11/1/2025 – 11/1/2026 | Navigators Insurance Company | Excess | 84HVZBU1Y6L |

| **Policy Period** | **Insurer** | **Policy Type** | **Policy No.** |
|---|---|---|---|
| 11/1/2025 – 11/1/2026 | XL Insurance America, Inc. | Excess | US00122328LI25A |
| 11/1/2025 – 11/1/2026 | Aspen American Insurance Company | Excess | CX012MX25 |