# **Exhibit A**

## Talc Personal Injury Trust Distribution Procedures

[*See Docket No. 213*]