**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>VI-JON, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11216 (MFW)<br><br>**Re: Docket No. 143** |

**NOTICE OF CONTINUED HEARING ON DISCLOSURE STATEMENT MOTION**
**SCHEDULED FOR OCTOBER 14, 2026 AT 11:30 A.M. (ET)**

**PLEASE TAKE NOTICE** on September 2, 2026, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Approving Solicitation Procedures and Form and Manner of Notice of Combined Hearing and Objection Deadline; (III) Scheduling Combined Hearing on the Adequacy of the Disclosure Statement and the Confirmation of the Debtor's Chapter 11 Plan; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; (V) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief* [Docket No. 143] (the "Disclosure Statement Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on October 1, 2026, the Court conducted a hearing (the "Hearing") to consider the interim approval of the Disclosure Statement Motion.

**PLEASE TAKE FURTHER NOTICE** that at the conclusion of the Hearing, the Court indicated it will continue the Hearing on Wednesday, October 14, 2026 at 11:30 a.m. (ET).

[1] The Debtor in this chapter 11 case is Vi-Jon, LLC. The last four digits of the Debtor's federal tax identification number are 8002. The Debtor's service address is 8800 Page Ave., St. Louis, MO 63114.

Dated: October 1, 2026
Wilmington, Delaware

*/s/ Jason S. Levin*
**MORRIS JAMES LLP**
Eric J. Monzo (DE Bar No. 5214)
Jason S. Levin (DE Bar No. 6434)
Samantha L. Rodriguez (DE Bar No. 7524)
3205 Avenue North Boulevard, Suite 100
Wilmington, Delaware 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: emonzo@morrisjames.com
jlevin@morrisjames.com
srodriguez@morrisjames.com

*Co-Counsel to the Debtor and Debtor in Possession*

**SIDLEY AUSTIN LLP**
Thomas R. Califano (admitted *pro hac vice*)
William E. Curtin (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: tom.califano@sidley.com
wcurtin@sidley.com
anne.wallice@sidley.com

*Co-Counsel to the Debtor and Debtor in Possession*