**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>VI-JON, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11216 (MFW) |

**_AMENDED_[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 14, 2026 AT 11:30 A.M. (ET)[3]**

**** AS THERE ARE NO MATTERS SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PEMRISSION OF THE COURT****

**MATTERS UNDER CERTIFICATION OF COUNSEL/NO OBJECTION [COC/CNO]:**

1. Application of the Debtor for Entry of an Order (I) Authorizing the Employment and Retention of Keen-Summit Capital Partners LLC as Real Estate Advisor and Broker for the Debtor Effective as of September 13, 2026, (II) Waiving Certain Reporting Requirements, and (III) Granting Related Relief [Docket No. 194; filed 9/18/26].

Response/Objection Deadline: October 7, 2026 at 4:00 p.m. (ET).

Responses/Objections Received:

i. Informal comments received from the U.S. Trustee.

Related Documents:

A. Certification of Counsel Regarding Application of the Debtor for Entry of an Order (I) Authorizing the Employment and Retention of Keen-Summit Capital Partners LLC as Real Estate Advisor and Broker for the Debtor Effective as of September 13, 2026, (II) Waiving Certain Reporting Requirements, and (III) Granting Related Relief [Docket No. 276; filed 10/8/26].

---

[1] The Debtor in this chapter 11 case is Vi-Jon, LLC. The last four digits of the Debtor's federal tax identification number are 8002. The Debtor's service address is 8800 Page Ave., St. Louis, MO 63114.

[2] Amended items appear in **BOLD**.

[3] All motions and other pleadings referenced herein are available free of charge by visiting the website maintained by the Debtor's proposed Claims and Noticing Agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/Vi-Jon.

**B. Order (I) Authorizing the Employment and Retention of Keen-Summit Capital Partners LLC as Real Estate Advisor and Broker for the Debtor Effective as of September 13, 2026, (II) Waiving Certain Reporting Requirements, and (III) Granting Related Relief [Docket No. 285; entered 10/13/26].**

**Status: An order has been entered by the Court. Accordingly, a hearing on this matter is no longer required.**

**MATTERS GOING FORWARD:**

2. Debtor's Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Approving Solicitation Procedures and Form and Manner of Notice of Combined Hearing and Objection Deadline; (III) Scheduling Combined Hearing on the Adequacy of the Disclosure Statement and the Confirmation of the Debtor's Chapter 11 Plan; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; (V) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief [Docket No. 143; filed 9/2/26].

Response/Objection Deadline: September 15, 2026 at 4:00 p.m. (ET); extended to September 17, 2026 at 4:00 p.m. (ET) for the U.S. Trustee.

Responses/Objections Received:

i. National Surety Corporation's Objection to Disclosure Statement for the Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 167; filed 9/15/26].

ii. Declaration of Harris B. Winsberg in Support of National Surety Corporation's Objection to Disclosure Statement for the Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 168; filed 9/15/26].

iii. Objection of Retailers to Debtor's Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Approving Solicitation Procedures and Form and Manner of Notice of Combined Hearing and Objection Deadline; (III) Scheduling Combined Hearing on the Adequacy of the Disclosure Statement and the Confirmation of the Debtor's Chapter 11 Plan; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; (V) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief [Docket No. 169; filed 9/15/26].

iv. Walmart Inc. and its Affiliates' Joinder in the Retailers' Objection to The Debtor's Disclosure Statement Motion and Proposed Disclosure Statement and Further Objection Thereto [Docket No. 170; filed 9/15/26].

v. Declaration in Support of Philip D. Anker in Support of Walmart Inc. and its Affiliates' Joinder in Retailers' Objection to the Debtor's Proposed Disclosure Statement and Further Objection to the Adequacy of the Disclosure Statement [Docket No. 171; filed 9/15/26].

vi. Insurers' Objection to the Debtor's Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Approving Solicitation Procedures and Form and Manner of Notice of Combined Hearing and Objection Deadline; (III) Scheduling Combined Hearing on the Adequacy of the Disclosure Statement and the Confirmation of the Debtor's Chapter 11 Plan; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; (V) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief [Docket No. 173; filed 9/15/26].

vii. Objection of the United States Trustee to Debtor's Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Approving Solicitation Procedures and Form and Manner of Notice of Combined Hearing and Objection Deadline; (III) Scheduling Combined Hearing on the Adequacy of the Disclosure Statement and the Confirmation of the Debtor's Chapter 11 Plan; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; (V) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief [Docket No. 185; filed 9/17/26].

viii. Debtor's Omnibus Reply in Support of the Debtor's Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Approving Solicitation Procedures and Form and Manner of Notice of Combined Hearing and Objection Deadline; (III) Scheduling Combined Hearing on the Adequacy of the Disclosure Statement and the Confirmation of the Debtor's Chapter 11 Plan; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; (V) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief [Docket No. 238; filed 9/28/26].

ix. Joinder of the Official Committee of Unsecured Creditors to Debtor's Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Approving Solicitation Procedures and Form and Manner of Notice of Combined Hearing and Objection Deadline; (III) Scheduling Combined Hearing on the Adequacy of the Disclosure Statement and the Confirmation of the Debtor's Chapter 11 Plan; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; (V) Approving Notice and Objection Procedures for the Assumption and

Assignment of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief [Docket No. 239; filed 9/28/26].

Related Documents:

A. Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 141; filed 9/2/26].

B. Disclosure Statement for the Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 142; filed 9/2/26].

C. Notice of Hearing to Consider Approval of Disclosure Statement on an Interim Basis for Solicitation Purposes and Approval of Solicitation Procedures [Docket No. 144; filed 9/2/26].

D. Notice of Adjournment of the Hearing of Debtor's Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Approving Solicitation Procedures and Form and Manner of Notice of Combined Hearing and Objection Deadline; (III) Scheduling Combined Hearing on the Adequacy of the Disclosure Statement and the Confirmation of the Debtor's Chapter 11 Plan; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; (V) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief [Docket No. 200; filed 9/19/26].

E. Notice of Filing Exhibit to Plan [Docket No. 213; filed 9/22/26].

F. Notice of Filing of Plan Supplement for the Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 217; filed 9/23/26].

G. Notice of Filing of Liquidation Analysis as an Exhibit to the Disclosure Statement for the Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 218; filed 9/23/26].

H. Amended Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 248; filed 9/30/26].

I. Amended Disclosure Statement for the Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 249; filed 9/30/26].

J. Notice of Filing of Redlines of the (I) Amended Chapter 11 Plan of Reorganization of Vi-Jon, LLC and (II) Amended Disclosure Statement for the Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 250; filed 9/30/26].

K. Notice of Filing of Revised Proposed Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Approving Solicitation Procedures and Form and Manner of Notice of Combined Hearing and Objection Deadline; (III) Scheduling

Combined Hearing on the Adequacy of the Disclosure Statement and the Confirmation of the Debtor's Chapter 11 Plan; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; (V) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief [Docket No. 253; filed 9/30/26].

L. Notice of Continued Hearing on Disclosure Statement Motion Scheduled for October 14, 2026 at 11:30 a.m. (ET) [Docket No. 260; filed 10/1/26].

**Status: This matter has been adjourned by agreement of the parties to October 21, 2026 at 2:00 p.m. (ET).**

3. Application for Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered as Counsel for the Committee of Unsecured Creditors of Vi-Jon, LLC, Effective Nunc Pro Tunc to August 18, 2026 [Docket No. 174; filed 9/15/26].

Response/Objection Deadline: October 6, 2026 at 4:00 p.m. (ET).

Responses/Objections Received:

i. Informal comments received from the U.S. Trustee.

Related Documents:

**A. Supplemental Declaration of Todd E. Phillips in Support of Application for Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered as Counsel for the Committee of Unsecured Creditors of Vi-Jon, LLC, Effective Nunc Pro Tunc to August 18, 2026 [Docket No. 278; filed 10/9/26].**

**B. Certificate of No Objection regarding the Application of the Official Committee of Unsecured Creditors for an Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committees Co-Counsel, Effective Nunc Pro Tunc to August 18, 2026 [Docket No. 281; filed 10/9/26].**

**C. Order Authorizing the Employment and Retention of Caplin & Drysdale, Chartered, as the Committees Co-Counsel, Effective Nunc Pro Tunc to August 18, 2026 [Docket No. 286; entered 10/13/26].**

**Status: A supplemental declaration in support of the Application has been filed resolving the U.S. Trustee's informal comments. An order has been entered by the Court. Accordingly, a hearing on this matter is no longer required.**

4. Application for Entry for an Order Authorizing and Approving the Employment of Province as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of August 20, 2026 [Docket No. 175; filed 9/15/26].

Response/Objection Deadline: October 6, 2026 at 4:00 p.m. (ET).

Responses/Objections Received:

i. Informal comments received from the U.S. Trustee.

Related Documents:

**A. Supplemental Declaration of Michael Atkinson in Support of the Application for Entry of an Order Authorizing and Approving the Employment of Province as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of August 20, 2026 [Docket No. 279; filed 10/9/26].**

**B. Certificate of No Objection regarding the Application for Entry for an Order Authorizing and Approving the Employment of Province as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of August 20, 2026 [Docket No. 283; filed 10/9/26].**

**C. Order Authorizing and Approving the Employment of Province as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of August 20, 2026 [Docket No. 288; entered 10/13/26].**

**Status: A supplemental declaration in support of the Application has been filed resolving the U.S. Trustee's informal comments. An order has been entered by the Court. Accordingly, a hearing on this matter is no longer required.**

5. Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of A.M. Saccullo Legal, LLC as its Co-Counsel Effective as of August 25, 2026 [Docket No. 176; filed 9/15/26].

Response/Objection Deadline: October 6, 2026 at 4:00 p.m. (ET).

Responses/Objections Received:

i. Informal comments received from the U.S. Trustee.

Related Documents:

**A. Certificate of No Objection regarding the Application of the Official Committee of Unsecured Creditors for an Order Authorizing the Employment and Retention of A.M. Saccullo Legal, LLC, as the Committees Co-Counsel, Effective Nunc Pro Tunc to August 25, 2026 [Docket No. 282; filed 10/9/26].**

**B. Order Authorizing the Employment and Retention of A.M. Saccullo Legal, LLC, as the Committees Co-Counsel, Effective Nunc Pro Tunc to August 25, 2026 [Docket No. 287; entered 10/13/26].**

**Status: Counsel for the Committee has resolved the U.S. Trustee's informal comments. An order has been entered by the Court. Accordingly, a hearing on this matter is no longer required.**

6. Application for Order Authorizing the Employment and Retention of Pillsbury Winthrop Shaw Pittman LLP as Counsel for the Committee of Unsecured Creditors of Vi-Jon, LLC, Effective Nunc Pro Tunc to August 25, 2026 [Docket No. 226; filed 9/23/26].

Response/Objection Deadline: October 7, 2026 at 4:00 p.m. (ET).

Responses/Objections Received:

i. Informal comments received from the U.S. Trustee.

Related Documents:

**A. Supplemental Declaration of Melissa C. Lesmes in Support of Application for Order Authorizing the Employment and Retention of Pillsbury Winthrop Shaw Pittman LLP as Special Insurance Counsel for the Committee of Unsecured Creditors of Vi-Jon, LLC, Effective Nunc Pro Tunc to August 25, 2026 [Docket No. 280; filed 10/9/26].**

**B. Certificate of No Objection regarding the Application for Order Authorizing the Employment and Retention of Pillsbury Winthrop Shaw Pittman LLP as Counsel for the Committee of Unsecured Creditors of Vi-Jon, LLC, Effective Nunc Pro Tunc to August 25, 2026 [Docket No. 284; filed 10/9/26].**

**C. Order Authorizing the Employment and Retention of Pillsbury Winthrop Shaw Pittman LLP as Counsel for the Committee of Unsecured Creditors of Vi-Jon, LLC, Effective Nunc Pro Tunc to August 25, 2026 [Docket No. 289; entered 10/13/26].**

**Status: A supplemental declaration in support of the Application has been filed resolving the U.S. Trustee's informal comments. An order has been entered by the Court. Accordingly, a hearing on this matter is no longer required.**

Dated: October 13, 2026
Wilmington, Delaware

*/s/ Jason S. Levin*

**MORRIS JAMES LLP**
Eric J. Monzo (DE Bar No. 5214)
Jason S. Levin (DE Bar No. 6434)
Samantha L. Rodriguez (DE Bar No. 7524)
3205 Avenue North Boulevard, Suite 100
Wilmington, Delaware 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: emonzo@morrisjames.com
jlevin@morrisjames.com
srodriguez@morrisjames.com

*Co-Counsel to the Debtor and Debtor in Possession*

**SIDLEY AUSTIN LLP**
Thomas R. Califano (admitted *pro hac vice*)
William E. Curtin (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: tom.califano@sidley.com
wcurtin@sidley.com
anne.wallice@sidley.com

*Co-Counsel to the Debtor and Debtor in Possession*