**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>VI-JON, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11216 (MFW) |

**_AMENDED_[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 21, 2026 AT 2:00 P.M. (ET)[3]**

****AS THERE ARE NO MATTERS SCHEDULED TO GO FORWARD THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT****

**MATTERS GOING FORWARD:**

1. Debtor's Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Approving Solicitation Procedures and Form and Manner of Notice of Combined Hearing and Objection Deadline; (III) Scheduling Combined Hearing on the Adequacy of the Disclosure Statement and the Confirmation of the Debtor's Chapter 11 Plan; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; (V) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief [Docket No. 143; filed 9/2/26].

    Response/Objection Deadline: September 15, 2026 at 4:00 p.m. (ET); extended to September 17, 2026 at 4:00 p.m. (ET) for the U.S. Trustee.

    Responses/Objections Received:

    i. National Surety Corporation's Objection to Disclosure Statement for the Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 167; filed 9/15/26].

---

[1] The Debtor in this chapter 11 case is Vi-Jon, LLC. The last four digits of the Debtor's federal tax identification number are 8002. The Debtor's service address is 8800 Page Ave., St. Louis, MO 63114.

[2] Amended items appear in **BOLD**.

[3] All motions and other pleadings referenced herein are available free of charge by visiting the website maintained by the Debtor's proposed Claims and Noticing Agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/Vi-Jon.

ii. Declaration of Harris B. Winsberg in Support of National Surety Corporation's Objection to Disclosure Statement for the Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 168; filed 9/15/26].

iii. Objection of Retailers to Debtor's Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Approving Solicitation Procedures and Form and Manner of Notice of Combined Hearing and Objection Deadline; (III) Scheduling Combined Hearing on the Adequacy of the Disclosure Statement and the Confirmation of the Debtor's Chapter 11 Plan; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; (V) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief [Docket No. 169; filed 9/15/26].

iv. Walmart Inc. and its Affiliates' Joinder in the Retailers' Objection to The Debtor's Disclosure Statement Motion and Proposed Disclosure Statement and Further Objection Thereto [Docket No. 170; filed 9/15/26].

v. Declaration in Support of Philip D. Anker in Support of Walmart Inc. and its Affiliates' Joinder in Retailers' Objection to the Debtor's Proposed Disclosure Statement and Further Objection to the Adequacy of the Disclosure Statement [Docket No. 171; filed 9/15/26].

vi. Insurers' Objection to the Debtor's Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Approving Solicitation Procedures and Form and Manner of Notice of Combined Hearing and Objection Deadline; (III) Scheduling Combined Hearing on the Adequacy of the Disclosure Statement and the Confirmation of the Debtor's Chapter 11 Plan; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; (V) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief [Docket No. 173; filed 9/15/26].

vii. Objection of the United States Trustee to Debtor's Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Approving Solicitation Procedures and Form and Manner of Notice of Combined Hearing and Objection Deadline; (III) Scheduling Combined Hearing on the Adequacy of the Disclosure Statement and the Confirmation of the Debtor's Chapter 11 Plan; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; (V) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief [Docket No. 185; filed 9/17/26].

viii. Debtor’s Omnibus Reply in Support of the Debtor's Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Approving Solicitation Procedures and Form and Manner of Notice of Combined Hearing and

Objection Deadline; (III) Scheduling Combined Hearing on the Adequacy of the Disclosure Statement and the Confirmation of the Debtor's Chapter 11 Plan; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; (V) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief [Docket No. 238; filed 9/28/26].

ix. Joinder of the Official Committee of Unsecured Creditors to Debtor's Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Approving Solicitation Procedures and Form and Manner of Notice of Combined Hearing and Objection Deadline; (III) Scheduling Combined Hearing on the Adequacy of the Disclosure Statement and the Confirmation of the Debtor's Chapter 11 Plan; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; (V) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief [Docket No. 239; filed 9/28/26].

x. Albertsons Companies, Inc. and its affiliates' Joinder in the Retailers' Objection to the Debtors' Disclosure Statement Motion and Proposed Disclosure Statement [Docket No. 302; filed 10/16/26].

**xi. Dollar General's Objection and Joinder in the Retailer's Objection to the Debtor's Disclosure Statement and Motion for Approval Thereof [Docket No. 310; filed 10/20/26].**

Related Documents:

A. Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 141; filed 9/2/26].

B. Disclosure Statement for the Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 142; filed 9/2/26].

C. Notice of Hearing to Consider Approval of Disclosure Statement on an Interim Basis for Solicitation Purposes and Approval of Solicitation Procedures [Docket No. 144; filed 9/2/26].

D. Notice of Adjournment of the Hearing of Debtor’s Motion for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Approving Solicitation Procedures and Form and Manner of Notice of Combined Hearing and Objection Deadline; (III) Scheduling Combined Hearing on the Adequacy of the Disclosure Statement and the Confirmation of the Debtor's Chapter 11 Plan; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; (V) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief [Docket No. 200; filed 9/19/26].

E. Notice of Filing Exhibit to Plan [Docket No. 213; filed 9/22/26].

F. Notice of Filing of Plan Supplement for the Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 217; filed 9/23/26].

G. Notice of Filing of Liquidation Analysis as an Exhibit to the Disclosure Statement for the Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 218; filed 9/23/26].

H. Amended Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 248; filed 9/30/26].

I. Amended Disclosure Statement for the Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 249; filed 9/30/26].

J. Notice of Filing of Redlines of the (I) Amended Chapter 11 Plan of Reorganization of Vi-Jon, LLC and (II) Amended Disclosure Statement for the Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 250; filed 9/30/26].

K. Notice of Filing of Revised Proposed Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Approving Solicitation Procedures and Form and Manner of Notice of Combined Hearing and Objection Deadline; (III) Scheduling Combined Hearing on the Adequacy of the Disclosure Statement and the Confirmation of the Debtor's Chapter 11 Plan; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; (V) Approving Notice and Objection Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (VI) Granting Related Relief [Docket No. 253; filed 9/30/26].

L. Notice of Continued Hearing on Disclosure Statement Motion Scheduled for October 14, 2026 at 11:30 a.m. (ET) [Docket No. 260; filed 10/1/26].

**Status: This matter has been adjourned by agreement of the parties to October 27, 2026 at 2:00 p.m. (ET).**

*[Remainder of Page Intentionally Left Blank]*

Dated: October 21, 2026
Wilmington, Delaware

*/s/ Jason S. Levin*

**MORRIS JAMES LLP**
Eric J. Monzo (DE Bar No. 5214)
Jason S. Levin (DE Bar No. 6434)
Samantha L. Rodriguez (DE Bar No. 7524)
3205 Avenue North Boulevard, Suite 100
Wilmington, Delaware 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: emonzo@morrisjames.com
jlevin@morrisjames.com
srodriguez@morrisjames.com

*Co-Counsel to the Debtor and Debtor in Possession*

**SIDLEY AUSTIN LLP**
Thomas R. Califano (admitted *pro hac vice*)
William E. Curtin (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: tom.califano@sidley.com
wcurtin@sidley.com
anne.wallice@sidley.com

*Co-Counsel to the Debtor and Debtor in Possession*