**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>VI-JON, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11216 (MFW)<br><br>**Re: Docket Nos. 141, 248, 331** |

**NOTICE OF FILING OF (I) PLAN SUPPLEMENT AND (II) REVISED PLAN EXHIBITS FOR THE THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF VI-JON, LLC**

**PLEASE TAKE NOTICE** that, on September 2, 2026, the above-captioned debtor and debtor in possession (the "Debtor"), filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Chapter 11 Plan of Reorganization of Vi-Jon, LLC* [Docket No. 141].

**PLEASE TAKE FURTHER NOTICE** that, on September 30, 2026, the Debtor filed with the Court the *Amended Chapter 11 Plan of Reorganization of Vi-Jon, LLC* [Docket No. 248]

**PLEASE TAKE FURTHER NOTICE** that, on October 26, 2026, the Debtor filed with the Court the *Second Amended Chapter 11 Plan of Reorganization of Vi-Jon, LLC* [Docket No. 331] (as amended, modified, or supplemented from time to time, and including all exhibits and supplements thereto, the "Plan")[2].

**PLEASE TAKE NOTICE** that, as contemplated by the *Third Amended Chapter 11 Plan of Reorganization of Vi-Jon, LLC*, Vi-Jon, LLC, as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), hereby files this plan supplement (together with the plan

[1] The Debtor in this chapter 11 case is Vi-Jon, LLC. The last four digits of the Debtor's federal tax identification number are 8002. The Debtor's service address is 8800 Page Ave., St. Louis, MO 63114.
[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

supplement filed on September 23, 2026 [Docket No. 217], and as each may be amended, modified, or supplemented from time to time, the "Plan Supplement") with the Court.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Plan Supplement are integral to, part of, and incorporated by reference into the Plan. The documents contained in the Plan Supplement have not yet been approved by the Court. If the Plan is confirmed by the Court, the documents contained in the Plan Supplement will be approved by the Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement contains the following exhibits, as may be further amended, modified, or supplemented from time to time, as set forth below:

| Exhibit | Document |
|---|---|
| A | Cooperation Agreement |
| B | Names of Talc Personal Injury Trustee |
| C | Members of the Talc Personal Injury Trust Advisory Committee |
| D | Reorganized Debtor Organizational Documents |
| E | List of Managers and Officers of the Reorganized Debtor |
| F | Vi-Jon Promissory Notes |
| G | Pledge and Security Agreement |
| H | Intercreditor Agreement |
| I | Settlement Fee Letter Agreement |
| J | Transferred Assets Schedule |
| K | Excluded Assets Schedule |
| L | Schedule of Assigned Executory Contracts and Unexpired Leases |
| M | Schedule of Assumed Executory Contracts and Unexpired Leases |
| N | License Agreement |
| O | Bill of Sale |
| P | Talc Personal Injury Trust Agreement |
| Q | Talc PI Indirect Claim Trust Agreement |

| Exhibit | Document |
|---|---|
| R | Forms of Talc Personal Injury Claimant Release |
| S | Schedule of Non-Debtor Affiliates |
| T | Financial Projections Described in the Disclosure Statement |
| U | Names of Delaware Trustees |
| V | Talc PI Indirect Claim Trust Distribution Procedures |
| W | Name of Talc PI Indirect Claim Trustee |

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Article X.A of the Plan, the Debtor hereby files revised versions of the following exhibits to the Plan (collectively, the "Revised Plan Exhibits"), each of which was previously filed with the Second Amended Chapter 11 Plan of Reorganization of Vi-Jon, LLC [Docket No. 331]. A blackline of each Revised Plan Exhibit against the previously filed version is attached as indicated below:

| Plan Exhibit | Document |
|---|---|
| A | Revised Talc Personal Injury Trust Distribution Procedures (blackline attached as Plan Exhibit A-1) |
| C | Revised Retailer Recovery Allocation (blackline attached as Plan Exhibit C-1) |

**PLEASE TAKE FURTHER NOTICE** that the Revised Plan Exhibits are exhibits to the Plan and are not part of the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that the Debtor reserves the right to amend, modify, or supplement the Plan Supplement and the Revised Plan Exhibits, and to file additional Plan Supplement documents, through and including the Effective Date in accordance with the terms of the Plan and subject to the consent, approval, and consultation rights set forth therein. The documents contained in the Plan Supplement and the Revised Plan Exhibits remain subject to continuing negotiations and the final versions may contain material differences from the versions filed herewith.

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing will be held on December 2, 2026 at 10:30 a.m. (ET), and that the deadline to object to confirmation of the Plan is November 25, 2026 at 4:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that copies of the documents included in the Plan Supplement, the Revised Plan Exhibits, the Plan, and any other documents filed in the Debtor's chapter 11 case may be obtained free of charge by visiting the website maintained by the Debtor's administrative agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/Vi-Jon. You may also obtain copies of any documents filed in the Debtor's chapter 11 case for a fee via PACER at https://www.deb.uscourts.gov.

[*Remainder of page intentionally left blank*]

Dated: November 17, 2026
Wilmington, Delaware

*/s/ Jason S. Levin*

**MORRIS JAMES LLP**
Eric J. Monzo (DE Bar No. 5214)
Jason S. Levin (DE Bar No. 6434)
Samantha L. Rodriguez (DE Bar No. 7524)
3205 Avenue North Boulevard, Suite 100
Wilmington, Delaware 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
jlevin@morrisjames.com
srodriguez@morrisjames.com

*Co-Counsel to the Debtor and Debtor in Possession*

**SIDLEY AUSTIN LLP**
Thomas R. Califano (admitted *pro hac vice*)
William E. Curtin (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: tom.califano@sidley.com
wcurtin@sidley.com
anne.wallice@sidley.com

*Co-Counsel to the Debtor and Debtor in Possession*